1

2

The Honorable Ricardo S. Martinez

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   Estate of MYLO HARVEY, and DIANE
     HENRY, as the personal representative of
11   the Estate,

NO. CV05-1170RSM

12                    Plaintiffs,

PLAINTIFFS' DISCLOSURE OF EXPERT
WITNESS WERNER SPITZ, M.D.

13          vs.

14   KEITH JONES, BENJAMIN KALICH,
     CLYDE TURNER, JOHN DOES ONE
15   THROUGH TEN, and CITY OF
     EVERETT,

16                    Defendants.

17

18          Pursuant to FRCP 26(a)(2), plaintiffs hereby give notice that they intend to call the

19   following expert witness at trial who may be used at trial to present evidence under Rule 702,

20   703 or 705 of the Federal Rules of Evidence: WERNER SPITZ, M.D.

21          A copy of Dr. Spitz's report, dated March 13, 2006 is attached to this disclosure as

     Exhibit A.

PLAINTIFFS' DISCLOSURE OF EXPERT
WITNESS WERNER SPITZ, M.D.
(CV05-1170RSM) – 1

HAR085.1 0001 he032902 5/3/06

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

1    A copy of Dr. Spitz's report, dated April 13, 2006 is attached to this disclosure as

2    Exhibit B.

3    A copy of Dr. Spitz's curriculum vitae is attached to this disclosure as Exhibit C.  A

4    list of Dr. Spitz's publications appear on page eight of his curriculum vitae.

5    A list of all cases in which Dr. Spitz has testified as an expert at trial or by deposition

6    within the last four years is attached as Exhibit D.

7    A copy of Dr. Spitz's fee schedule is attached to this disclosure as Exhibit E.

8    Plaintiffs anticipate that Dr. Spitz will give the expert opinions as provided in his

9    reports.

10   These opinions are based on the documents that have been reviewed by Dr. Spitz as

11   indicated in his reports.  He may form additional opinions after reviewing further materials

12   obtained by plaintiffs in discovery.  If he develops further opinions, plaintiffs will supplement

13   this disclosure.

14   Dr. Spitz will receive compensation in accordance with the provisions of his fee

15   schedule.

16   DATED this __3__ day of __May__, 2006.

17   CARNEY BADLEY SPELLMAN, P.S.

18

19   By_____

20   James E. Lobsenz, WSBA #8787
     Cindy G. Flynn, WSBA #25713
21   Attorneys for Plaintiffs
     Carney Badley Spellman, P.S.
     701 Fifth Avenue, Suite 3600
     Seattle, WA  98104-7010

PLAINTIFFS' DISCLOSURE OF EXPERT
WITNESS WERNER SPITZ, M.D.
(CV05-1170RSM) – 2

HAR085.1 0001 he032902 5/3/06

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

Telephone: (206) 622-8020
Fax: (206) 467-8215
E-mail: Lobsenz@carneylaw.com
E-mail: Flynn@carneylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on ___5|3|06___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert Christie at bob@christielawgroup.com.

PLAINTIFFS' DISCLOSURE OF EXPERT
WITNESS WERNER SPITZ, M.D.
(CV05-1170RSM) – 3

HAR085.1 0001 he032902 5/3/06

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

# WERNER U. SPITZ, M.D.
## Forensic Pathology and Toxicology
### 23001 Greater Mack
### St. Clair Shores, Michigan 48080

## Phone: (586) 776-2060 ■ Fax: (586) 776-8722

Diane L. Lucke, B.S.
Administrative Assistant/Office Manager

E-mail: wuspitz@aol.com

March 13, 2006

Cindy G. Flynn, Esq.
Carney, Badley, Spellman
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017

Re:   Mylo Harvey v City of Everett Police Department, et al
      Our File No: 5332

Dear Ms. Flynn:

At your request, I have reviewed a 911 tape transcript, police reports, medical records, the Suohomish County autopsy report, scene and body photographs, depositions of the defendant officers and the responding firefighters (EMTs), statements and affidavits, the complaint and other documents regarding the arrest and death of Mylo Harvey.

The following are my opinions regarding how Mylo Harvey died:

The records indicate that on the evening of November 11, 2002, Mylo Harvey, a 19 year old male, was observed walking nude in the street, in the City of Everett. Police officers were dispatched to the scene. A violent struggle evolved. According to eyewitnesses, Harvey was not threatening to the police. During this time, he was repeatedly pepper sprayed and severely beaten with a baton on different areas of his body, including the head. Officers and eyewitnesses described a bleeding head wound. Officers then took Harvey to the ground and additional officers applied hobbles to his legs. One of the officers got on Harvey's chest and pulled his head up and forward forcing Harvey's chin into his own chest.

Suddenly, Harvey went limp and unresponsive. He appeared to have stopped breathing. Police then called for Fire Rescue. Medics arrived at the scene but were precluded by the officers from rendering assistance for several minutes. Eventually, when permitted to approach, the medics noted that he was unconscious with absence of vital signs, i.e., cardiac and respiratory

## EXHIBIT A

Cindy G. Flynn, Esq.
Re:   Mylo Harvey v City of Everett Police Department, et al
March 13, 2006
Page two

arrest. With intensive CPR, breathing was reestablished, but he remained unconscious. Brain death was diagnosed at the hospital. After four days, life support was discontinued and Mylo Harvey was pronounced dead.

Autopsy, by the County Medical Examiner, attributes the death to hypoxic encephalopathy with cerebral edema due to cardiopulmonary arrest, while being restrained by police. The autopsy report also indicates blunt impacts to the head, with focal subarachnoid hemorrhage and severe brain swelling with evidence of tonsillar herniation, hemorrhages in soft tissues of the neck, bruising over the chest plate and multiple facial bruises and bruises on other parts of his body, some depicting the pattern of a police baton (ASP). Urine analysis indicates the presence of psilocybin, a mind altering drug which occurs in certain mushrooms. Drugs identified in the autopsy blood analysis, except for cannabinoids, were related to treatment performed by medical personnel after the subject incident.

Under the circumstances of this case, brain swelling most likely resulted, at least in part, from blows to the head. The brain always swells as it reacts to injury. Brain swelling caused compression of the vital centers in the medulla, which led to arrhythmia of the heart beat. Additionally, asphyxia was due to neck and chest compression, caused by loading of the chest with an officer's body weight and forceful positioning of his head. This further reduced Harvey's ability of breathe, coupled with irritation of the mucous lining of the airways by pepper spray (OC) which all contributed to brain swelling to the point of cardiopulmonary arrest. Police and firefighters who responded to the scene were also affected by the OC spray with "coughing and hacking" (Gagnon, 34) and tightness in the chest (Jones, 172). Psilocybin did not materially contribute to Mylo Harvey's brain swelling or cardiopulmonary arrest.

Had these procedures not been used, or in the alternative, had they been used but timely medical assistance had been made available without delay, it is my opinion, to a reasonable degree of medical certainty, that Mylo Harvey would not have died.

There can be no doubt that Mylo Harvey suffered conscious physical pain and fear of impending doom during the ordeal of his arrest as evident from his screaming and yelling

-5-

Cindy G. Flynn, Esq.
Re:    Mylo Harvey v City of Everett Police Department, et al
March 13, 2006
Page three


(Jones, 135) and repeated statements such as, "I don't want to die" (Jones, 126, 127 and Jeremy and Christy Thompson). According to the latter two witnesses also heard Harvey complaining of pain in his eyes and observed Harvey being struck with a club type weapon in a baseball batter fashion. The 7th strike was to the head.

Mylo Harvey was a healthy young man with a normal and average life expectancy.

My textbook, *MEDICOLEGAL INVESTIGATION OF DEATH*, 4th edition, published by Charles C. Thomas, Springfield, Illinois, 2005 discusses many of the issues in this letter in greater detail.

My curriculum vitae, list of testimony and my current fee schedule have been previously submitted.

I trust this answers your inquiry.

Sincerely yours,

Werner U. Spitz, M.D.

WUS:dll
dk:flyn031306 cor.wpd

# WERNER U. SPITZ, M.D.
## Forensic Pathology and Toxicology
### 23001 Greater Mack
### St. Clair Shores, Michigan 48080

## Phone: (586) 776-2060 ■ Fax: (586) 776-8722

Diane L. Lucke, B.S.
Administrative Assistant/Office Manager

· E-mail: wuspitz@aol.com

April 13, 2006

Cindy G. Flynn, Esq.
Carney, Badley, Spellman
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017

Re:·  **Mylo Harvey v City of Everett Police Department, et al**
**Our File No: 5332**

Dear Ms. Flynn:

In answer to your letter of April 11, 2006, I reviewed the testimony of Matthew Park, a fireman with the City of Everett. Mr. Park witnessed the arrest of Mylo Harvey. In his deposition testimony and in his statement to police dated November 19, 2002, Mr. Park states that the EMTs arrived on the scene and stood by for about 7 minutes while police secured the scene, and okayed their rendering first aid to Mylo Harvey, who had become unresponsive and appeared to have stopped breathing during his restraint.

CPR reestablished breathing but Harvey remained brain dead and after four days, life support was discontinued. With regards to the delay of resuscitative efforts for a period of seven minutes, it is understandable why brain death had occurred when CPR was finally performed. In the case of ischemic anoxia, as will occur in cases of ventricular fibrillation or cardiac arrest, all electrical activity ceases and cell death occurs in a few minutes because of failure to remove toxic metabolic byproducts. Under such circumstances, seven minutes is eternity.

Brain death will have occurred in less than 4-5 minutes after complete interruption of cerebral circulation. The heart may be even less tolerant of ischemia than the brain.

It is thus my opinion, to a reasonable degree of medical certainty, that had Harvey been given

**EXHIBIT B**

Cindy G. Flynn, Esq.
Re:    Mylo Harvey v City of Everett Police Department, et al
April 13, 2006
Page two


CPR without delay, after he was found to be unresponsive, he would not have sustained brain damage and would not have died.

I trust this answers your inquiry.

                              Sincerely yours,


                              Werner U. Spitz, M.D.

WUS:dll
dk:flyn041306 cor.wpd


On this 13th day of April 2006
before me personally appeared
WERNER U. Spitz, MD

to me known to be the person who
executed the foregoing instrument,
and acknowledged that he executed
the same as his free act and deed.


Diane L. Lucke, Notary Public
State of Michigan, County of Monroe
My Commission Expires 10/20/2011
Acting in the County of Macomb

−8−

# WERNER U. SPITZ, M.D.

## *Forensic Pathology and Toxicology*
### 23001 Greater Mack
### St. Clair Shores, Michigan 48080-1996

---

Phone: (586) 776-2060 . Fax: (586) 776-8722

**Diane L. Lucke, B.S.**
**Administrative Assistant/Office Manager**

**E-mail: wuspitz@aol.com**

Date of Preparation: January, 2006

Home: 850 Lakeshore
Grosse Pointe Shores, MI 48236

Telephone: (313) 884-0501

## PERSONAL DATA:

Born:  August 22, 1926
Stargard/Pomerania
Germany

Fluent: English, German and French

## EDUCATION:

| | |
|---|---|
| Geneva University Medical School Geneva, Switzerland | 1946-1950 |
| Hebrew University, Hadassah Medical School - Jerusalem M.D. from same | 1950 - 1953 |

## TRAINING:

| | |
|---|---|
| Internship and residency in Pathology and Forensic Pathology Hadassah Medical School | 1953 - 1959 |
| Research Fellow, Forensic Pathology University of Maryland Baltimore, Maryland | 1959 - 1961 |

## FACULTY APPOINTMENTS:

| | |
|---|---|
| Assistant, Dept. of Forensic Pathology Free University of Berlin, West Germany | 1961 - 1963 |
| Assistant Professor of Pathology University of Maryland School of Medicine | 1966 - 1969 |

**EXHIBIT C**

| Associate Professor, Forensic Pathology<br>Department of Public Health Administration<br>Johns Hopkins University<br>Baltimore, Maryland | 1967 - 1972 |
| --- | --- |
| Clinical Associate Professor of Pathology<br>University of Maryland<br>School of Medicine | 1969 - 1972 |
| Membership on the Graduate Faculty<br>University of Maryland<br>College Park, Maryland | 1970 - 1972 |
| Professor, Department of Pathology<br>Wayne State University<br>School of Medicine | 1973- |
| Adjunct Professor of Chemistry<br>University of Windsor<br>Ontario, Canada | 1978- |

## HOSPITAL OR OTHER PROFESSIONAL APPOINTMENTS:

| Associate Medical Examiner, Maryland<br>Medical-Legal Foundation<br>Baltimore, Maryland | 1963 - 1965 |
| --- | --- |
| Pathologist, Mount Wilson State Hospital<br>for Chest Diseases, Maryland | 1964 - 1972 |
| Assistant Medical Examiner<br>State of Maryland<br>Baltimore, Maryland | 1965 - 1969 |
| Lecturer in Forensic Pathology<br>Department of Public Administration<br>Johns Hopkins University<br>Baltimore, Maryland | 1966 - 1969 |
| Deputy Chief Medical Examiner<br>State of Maryland<br>Baltimore, Maryland | 1969 - 1972 |
| Director of Research and Training<br>Maryland Medical-Legal Foundation<br>Baltimore, Maryland | 1967 - 1972 |
| Chief Medical Examiner, County of Wayne<br>Detroit, Michigan | 1972 - 1988 |
| Pathologist and Chief Medical Examiner<br>County of Macomb, Michigan | 1972 - 2004 |

2

**MAJOR PROFESSIONAL SOCIETIES:**

Michigan Association of Medical Examiners
Member Executive Committee, [1986 - Present]

Wayne County Medical Society

Michigan Society of Pathology,
Chairman, Forensic Pathology Committee

College of American Pathologists, Fellow

American Society of Clinical Pathologists, Fellow

National Association of Medical Examiners,
Board of Directors

American Academy of Forensic Sciences, Fellow,
Pathology and Biology Section, Past Chairman,
Nominating Committee, 1977; Secretary/Treasurer, 1980,
Chairman, 1981

World Congress of Legal Medicine, Vice President, 1986

Detroit Academy of Medicine, Fellow

**LICENSURE:**

| | |
|---|---|
| License to practice medicine, member countries of the European Union | 1960 |
| Maryland Board of Medical Examiners | 1964 |
| Virginia Board of Medical Examiners | 1965 |
| Washington, D.C., Commission on Licensure to Practice the Healing Art | 1971 |
| Michigan Board of Registration in Medicine | 1972 |

**SPECIALTY BOARDS:**

Certification by The American Board of Pathology:

| | |
|---|---|
| Pathologic Anatomy | 1961 |
| Forensic Pathology | 1965 |

**HONORS/AWARDS:**

American Physicians Fellowship Inc., August, 1967
Northern Virginia Arson Seminar - Certificate of Recognition of Attendance, December 2, 1967

National Association of Medical Examiners - Certificate of Membership, 1972

3

North End Detroit Lions Club - Certificate of Service, March 5, 1974

International Association of Bomb Technicians and Investigators - Certificate of Appreciation, May 24, 1978

The International Reference Organization in Forensic Medicine - for Continuous Support of INFORM and outstanding Contributions to Forensic Medicine, August 1, 1979

The Arizona Department of Public Safety - Certificate of Appreciation, December 7, 1979
University of Detroit - Certificate of Appreciation, February 26, 1981

Kiwanis Club of New Center, Detroit - Certificate of Appreciation, June 17, 1981

Latin American Association of Legal Medicine, May 20, 1982 - Honorary Member

Mid Atlantic Forensic Pathology Association Certificate of Recognition May 2, 1983

The American Academy of Forensic Sciences, February 15, 1983

American Medical Association - Certificate of Member in good Standing, 1984

Crockett Vocational/Technical Center - Certificate of Appreciation, May 15, 1985

Michigan Ontario Identification Association - Certificate of Appreciation, May 17, 1985

British Academy of Forensic Sciences Medicolegal and Odontological Society of Mexico, Honorary Member, 1986

Founder's Award, Michigan Eye Bank and Transplantation Center, June 15, 1986

EL Instituto Politecnico Nacional, 1986

Crockett Vocational/Technical Center - Certificate of Appreciation, June 10, 1987

Resolution for Outstanding Service, handling mass disaster, Northwest Flight 255 plane crash, City of Romulus September, 1987

Award from Wayne County for handling of Northwest Flight 255 Plane Crash, October, 1987

Michigan Police Chaplains Association - Certificate of Appreciation, March 14, 1988

Wayne County Medical Society - Resolution for Outstanding Service, August 24, 1988

New York State Police - Certificate of Appreciation, October 5, 1988

New York State Police - Certificate of Appreciation, November 8, 1990

International Symposium on Forensic Techniques - Certificate of Appreciation, June 6, 1991

New York State Police - Certificate of Appreciation, October 2, 1991

American Board of Forensic Examiners - Recognizes for High Level of Professional Scientific involvement, December 12, 1994

Special Opportunities for Amputee Rehabilitation - Acknowledgment for Sponsoring an Amputee, 1994

Wayne County Medical Society - Certificate of membership in Good Standing, 1994

New York State Police - Certificate of Appreciation, September 28, 1994

Sterling Heights Citizen's Police Academy - Certificate of Appreciation, March 22, 1995

New York State Police - Certificate of Appreciation, September 20, 1995

American Society of Clinical Pathologists  January 11, 1996

New York State Police - Certificate of Appreciation, October 3, 1996

American Medical Association - Certificate of Member in Good Standing, 1996

Medicolegal Investigation of Death - Certificate of Participation, March 6 & 7, 1997

Investigation for Identification - Certificate of Completion, October 31, 1997

National Association of Medical Examiners - Certificate of Membership, 1999

Turning Point SANE Program - Recognition and Appreciation of Outstanding Effort, June 24, 1999

Dean's Award for 24 years of dedicated service to the medicolegal community and Wayne community and Wayne State University School of Medicine, March 6, 1997

National Association of Medical Examiners - Certificate of Membership, 2000

Indiana Division International Association for Identification - Certificate of Appreciation, 11th Annual

Annual Indiana IAI Conference

### SERVICE:

Consultant - Johns Hopkins University, Applied Physics Laboratory, Silver Spring, Maryland, 1968-1972

Consultant - Veterans Administration Hospital Allen Park, Michigan, 1972

Consultant - Rockefeller Commission on CIA activities within the United States, investigating the circumstances surrounding the assassination of President John F. Kennedy, 1975

Member - Forensic Pathology Panel, Select Committee on Assassinations, U.S. House of Representatives, Washington, D.C., 1978

Consultant - Michigan Department of Labor, Silicosis and Dust Fund, 1977-1980

6

Consultant - Pan American Health Organization, November, 1978

Consultant, U.S. Borax and Chemical Company, Los Angeles, California, October 1984-Present

Consultant - NBC News for the OJ Simpson Trial, 1994-1995

Editor - Journal of Legal Medicine, Heidelberg,
        Germany, New York

Member - Editorial Board, American Journal of Dermatopathology

Member - Editorial Board, Journal of Forensic Sciences

Member - Editorial Board, Excerpta Medica, [Holland],
        Forensic Sciences

Member - Editorial Board, Forensic Science, Copenhagen
        Denmark, Biomedical Division - Elsevier Science
        Publishers, B.V.

Member - Editorial Board, The American Board of
        Dermatopathology, Masson Publishing USA, Inc.

Member - Test Committee, American Board of Pathology,
        1974-1979

Member - Public Health Committee, Claims Review
        Committee, Wayne County Medical Society, 1979

Member - Probus Award Selection Committee, 1979

Listed - American Men and Women of Science, 12th Edition

Listed - Who's Who in America (Life member, 2000)

## TEACHING:

| | |
|---|---|
| 28 years Professor, Department of Pathology<br>        Wayne State University<br>        School of Medicine | 1973 - |
| 2 years Assistant, Dept. of Forensic Pathology<br>        Free University of Berlin, West Germany | 1961 - 1963 |
| 3 years Assistant Professor of Pathology<br>        University of Maryland<br>        School of Medicine | 1966 - 1969 |
| 5 years Associate Professor, Forensic Pathology<br>        Department of Public Health Administration<br>        Johns Hopkins University<br>        Baltimore, Maryland | 1967 - 1972 |

7

| 3 years Clinical Associate Professor of Pathology<br>University of Maryland<br>School of Medicine | 1969 - 1972 |
|---|---|
| 2 years Membership on the Graduate Faculty<br>University of Maryland<br>College Park, Maryland | 1970 - 1972 |
| 21 years Adjunct Professor of Chemistry<br>University of Windsor<br>Ontario, Canada | 1978 - |

## GRANT SUPPORT:

U.S. Government (HEW) Institute of Maternal Health, $ 800,000 Grant for Research and Counseling of Sudden Infant Death. 1975-1985.

Grant from Eli Lilly for a study of propoxyphen. $ 2,500. 1985.

State of Michigan, Office of Substance Abuse Services, Designer Drug grant, $ 3,000. 1986-1987.

Participated in a combined study with Michigan Department of Health, Detroit Health Department to determine the frequency of AIDS in medical examiner cases. approximately $ 2,000. 1987.

## TESTIMONY IS NOT INCLUDED: LIST IS AVAILABLE UPON REQUEST

## PUBLICATIONS:

1. A Contribution to Pulmonary Acariasis in Imported Rhesus Monkeys.
   *Bull. Res. Council of Israel* **6E** (2): 119-122, (1957).
   Spitz, W.U.

2. Mycetoma Pedis.
   *A.M.A. Arch. Dermat.* **75**: 855-863, (1957).
   Ziprkowski,L., Altmann,G., Dalith,F. and Spitz,W.U.

3. Mechanism of Death in Fresh-Water Drowning.
   *A.M.A. Arch. Path.*, **71**: 661-668, (1961).
   Spitz, W.U. and Blanke, R.

4. *Increase of Body Weight as an Additional Criterion in Establishing the Diagnosis of Fresh Water Drowning.*
   Newsletter - Am. Acad. Forensic Sci., March-April, 1961.
   Spitz, W.U. and Fisher, R.S.

5. Physical Activity Until Collapse Following Fatal Injury by Firearms and Sharp Pointed Weapons.
   *J. Forensic Sci.*, **6**, (3): 290-300, (1961).

8

Spitz, W.U., Petty, C. and Fisher, R.

6. Subdurale Blutungen aus isolierten Verletzungen von
   Schlagadern an der Hirnoberflache durch stumpfe Gewalt.
   Virchows Arch. Path. Anat. **336**: 87-98, (1962),
   Krauland, W., Mallach, H.J., Missoni, L. und Spitz, W.U.

7. Diagnose des Ertrinkungstodes durch den Diatomeen-Nachweis.
   in Organen.
   Dtsch. Z. ges. gerichtl. Med. **54**: 42-45, (1963).
   Spitz, W.U.

8. Recovery from Drowning.
   Brit. Med. J., **5364**, 1678, (1963).
   Spitz, W.U.

9. The Significance of Diatoms in the Diagnosis of Death
   by Drowning.
   J. Forensic Sci., **9**, (1): 11-18, (1964).
   Spitz, W.U. and Schneider, V.

10. Befunde bei vorubergehender Wiederbelebung nach
    Elektrounfall.
    Munch. Med. Wchschr. **106**.Jg., (11): 495-498, (1964).
    Spitz, W.U.

11. Untersuchungen von Luftfiltrationsstreifen aus
    verschiedenen Gebieten der Bundesrepublik auf ihren
    Diatomeengehalt. - Ein Beitrag zum Beweiswert von
    Diatomeen fur die Diagnose des Ertrinkungstodes. -
    Dtsch. Z. ges. Gerichtl. Med. **56**: 116-124, (1965).
    Spitz, W.U., Schmidt, H. and Fett, W.

12. Techniques of Identification Applied to 81 Extremely
    Fragmented Aircraft Fatalities.
    J. Forensic Sci., **10**, (2): 121-135 (1965).
    Fisher, R., Spitz, W.U., Breitenecker, R. and Adams, J.

13. Hemorrhagic Pancreatitis Following a Kick in the
    Abdomen - Report of a Case.
    J. Forensic Med., **12** (3): 105-107, (1965).
    Spitz, W.U.

14. Ultrastructural Alterations in Rat Lungs. - Changes
    After Intratracheal Perfusion with Freshwater and
    Seawater.
    A.M.A. Arch. Path. **81**: 103-111, (1966).
    Reidbord, H. and Spitz, W.U.

15. Ultrastructural Alteration in Rat Lungs. - Changes
    Following Asphyxiation.
    A.M.A. Arch. Path. **82**: 80-84, (1966).
    Reidbord, H. and Spitz, W.U.

9

16. Weitere Untersuchungen Zur Diagnostik des
    Ertrinkungstodes durch Diatomeennachweis.
    *Dtsch. Z. ges. gerichtl. Med.*, **58**: 195-204, (1966).
    Spitz, W.U. and Schmidt, H.

17. Enzymologic Approach to the Diagnosis of Death by
    Drowning - Preliminary Report.
    *Am. J. Clin. Path.*, **47** (6): 704-708, (1967).
    Spitz, W.U., Burfitt,H., Freimuth,H. and Michaelis,M.

18. *Reconstruction of Accidents: Integration of*
    *Pathological Findings and Roadside Evidence.*
    Proceedings of the International Conference on
    Accident Pathology, June 6-8, 1968, Washington, D.C.
    U.S. Government Printing Office.
    Brinkhous, K. (Editor) and Spitz, W.U.

19. Enzymatic Changes in Asphyxia, Experimental
    Pulmonary Edema and Drowning.
    *Am. J. Clin. Path.*, **51** (1): 102-106, (1969).
    Spitz, W.U., Hebel, R. and Michaelis, M.

20. Drowning: Principles of resuscitation differ according
    to whether drowning takes place in fresh water or salt
    water. (Its Pathogenesis, Clinical and Post Mortem
    Aspects). *Hospital Medicine*, **5** (7): 8-18, (1969).
    Spitz, W.U.

21. Rikoschett - oder KontaktschuBverletzung.
    *Dtsch. Z. ges. gerichtl. Med.*, **66**: 153-160, (1969).
    Spitz, W.U.

22. Histochemical Changes in Experimental Drowning,
    Pulmonary Edema and Asphyxia.
    *J. Forensic Med.*, **16** (3): 79-85, (1969).
    Spitz, W.U., Silverman, B., Michaelis, M.

23. Does Illness Cause Crashes?
    3rd. Triennial Congress of Motor Vehicle Accidents,
    New York, June, 1969,
    *JAMA*, **208** (12): 2257, (1969).
    Baker, S. and Spitz, W.U.

24. Stud Gun Injuries.
    In: *Internan. Microfilm Journal*, **4** (4) and *J. Forensic*
    *Med.* **17** (1): 5-11, (1970).
    Spitz, W.U. and Wilhelm, R.

25. Age Effects and Autopsy Evidence of Disease in Fatally
    Injured Drivers.
    *JAMA* **214** (6): 1079-1088, (1970).
    Baker, S. and Spitz, W.U.

26. *Laboratory Diagnosis of Drowning.* - Werner U. Spitz.
    Chapter in - LABORATORY DIAGNOSIS OF DISEASES CAUSED

BY TOXIC AGENTS, Editors - Sunderman and Sunderman, Warren H. Green, St. Louis, Missouri, 1970.

27. Post Mortem Changes of pH in Rabbits' Vitreous Body Compared with Brain and Liver.
Invest. Opthal. **9**: 158, (1970).
Spitz, W.U., Hebel, R. and Michaelis, M.

28. Injury by Birdshot.
J. Forensic Sci., **15** (3): 396-402, (1970).
Di Maio, V. and Spitz, W.U.

29. Essential Post Mortem Findings in the Traffic Accident Victim.
A.M.A. Arch. Path., **90**: 451-457, (1970).
Spitz, W.U.

30. Medicolegal Investigation of a Bomb Explosion in an Automobile.
J. Forensic Sci., **15** (4): 537-552, (1970).
Spitz, W.U., Sopher, I. and Di Maio, V.

31. An Evaluation of the Hazard Created by Natural Death at the Wheel.
New Eng. J. Med., **283** (8): 405-409, (1970).
Baker, S. and Spitz, W.U.

32. Traffic Deaths Due to Blunt Abdominal Trauma.
Proceedings of the 14th Annual Conference, AAAM, Ann Arbor, Michigan, November, 1970.
Baker, S., Gertner, H., Rutherford, R. and Spitz, W.U.

33. Melanosis of the Prostate Gland.
Am. J. Clin. Path., **56** (6): 762-764, (1971).
Gardner, W., Jr. and Spitz, W.U.

34. Exanguinating Hemoptysis due to Ruptured Syphilitic Aneurysm. A Case Report
J. Forensic Med., **18** (3): 118-121, (1971).
Sopher, I. and Spitz, W.U.

35. Endodermal Inclusions of the Heart - So-Called "Mesotheliomas of the Aerioventricular Node".
A.M.A. Arch. Path., **92**: 180-186, (1971).
Sopher, I. and Spitz, W.U.

36. Fatally Injured Drivers: Clues from Medical Examiners, Police and DMV.
Police, July-August, 67-72, (1971).
Baker, S. and Spitz, W.U.

37. Tattoos, Alcohol and Violent Death.
**J. Forensic Sci., 16** (2): 219-225, (1971).
Baker, S., Robertson, L. and Spitz, W.U.

38. Problems Encountered in Dental Identification of a
    Mutilated Body.
    JADA, **83**:168-169, (1971).

39. Evaluation of the Management of Vehicular Fatalities
    Secondary to Abdominal Injury.
    Trauma, **12**: 425-431, (1972).
    Gertner, H., Baker, S., Rutherford, R. and Spitz, W.U.

40. Variations in Wounding Due to Unusual Firearms and
    Recently Available Ammunition.
    J. Forensic Sci., **17** (2): 377-386, (1972).
    Di Maio, V. and Spitz, W.U.

41. Variations of Shotgun Injuries - An Experimental
    Study. Abstracts, 6th International Meeting,
    Forensic Sciences, Edinburgh, September, 1972,
    pp. 88-89.
    Spitz, W.U. and Lipkovic, P.

42. **MEDICOLEGAL INVESTIGATION OF DEATH - Guidelines
    for the Application of Pathology to Crime
    Investigation.** Spitz, W.U. (Editor) and Fisher, R.
    (Co-Editor). Springfield, Illinois, Charles C. Thomas,
    1973.

43. Peculiarities of Certain .22 Caliber Revolvers
    (Saturday Night Specials).
    J. Forensic Sci., **19** (1): 48-53, (1974).
    Schmidt-Orndorff, H., Reitz, J.A., and Spitz, W.U.

44. Determination of Narcotics in Homicides in Detroit.
    Abstracts, 26th Annual Meeting, American Academy of
    Forensic Sciences, Dallas, Texas, February, 1974.
    Monforte, J. and Spitz, W.U.

45. Hit and Run, Gold Award Exhibit.
    Annual Scientific Exhibit of the American Society of
    Clinical Pathologists and the College of American
    Pathologists, Washington, D.C., 1974.
    Spitz, W.U.

46. Narcotic Abuse Among Homicide Victims in Detroit.
    J. Forensic Sci., **20** (1): 186-190, (1975).
    Monforte, J. and Spitz, W.U.

47. Accidental Death with a Tear Gas Pen Gun. A Case Report.
    J. Forensic Sci., **20** (4): 708-713, (1975).
    Smialek, J. Ratanaproeksa, O. Spitz, W.U.

48. Short Range Ammunition: A Possible Anti-Hijacking
    Device.
    J. Forensic Sci., **21** (4): 856-861, (1976).
    Smialek, J. and Spitz, W.U.

49. Important Considerations in the Management of
    Drowning Victims.
    *Hospital Medicine*, June, 1976.
    Spitz, W.U.

50. Drug Deaths Involving Propoxyphene - An Assessment
    in Metropolitan Detroit.
    *Preventive Medicine*, **5:** 573-576, (1976).
    Monforte, J. and Spitz, W.U.

51. Accidental Bed Deaths in Infants due to Unsafe
    Sleeping Situations.
    *Clin. Pediatrics,* **16** (11): 1031-1036, (1977).
    Smialek, J., Smialek, P. and Spitz, W.U.

52. Methadone Deaths in Children.
    *JAMA,* **238:** 2516-2517, (1977).
    Smialek, J., Monforte, J., Aronow, R. and Spitz, W.U.

53. Rupture of a Subclavian Artery Aneurysm in a Heroin
    Addict. Report of a case.
    *J. Legal Medicine*, J.F. Springer - Munich, **81:**
    147-149, (1978).
    Whayne, N. and Spitz, W.U.

54. Death Behind Bars - The Jail Scene.
    *JAMA*, Special Communication, **240:** 2563-2564, (1978)
    and The Texas Lawman, 48: 9, (1979)
    Smialek, J. and Spitz, W.U.

55. Cyclohexamine [Rocket Fuel] - Phencyclidine's Potent
    Analog.
    *J. Analytical Toxicology*, **3:** 209-212, (1979).
    Smialek, J., Monforte, J., Gault, R. and Spitz, W.U.

56. *The Gunshot Victim.*
    Annual Scientific Exhibit of the American Society of
    Clinical Pathologists and the College of American
    Pathologists, Las Vegas, 1979.
    Smialek, J. and Spitz, W.U.
    Louisiana, February, 1980.
    Smialek, J., Merchant, M. and Spitz, W.U.

57. The Medicolegal Autopsy.
    *Human Pathology*, **11** (2): 105-112, (1980).
    Spitz, W.U.

58. Spitz and Fisher's **MEDICOLEGAL INVESTIGATION OF DEATH,**
    **Guidelines for the Application of Pathology to Crime**
    **Investigation.** Second Edition, Spitz, W.U. (Editor). Springfield,
    Illinois, Charles C. Thomas, 1980.

59. *An Analysis of Sudden and Unexpected Deaths in Young*

Adult Females Living in a Metropolitan Area.
In Proceedings of the 32nd Annual Meeting of the
American Academy of Forensic Sciences, New Orleans.

60. Automobile Cigarette Lighter Burns.
J. Forensic Sci., **25**: 631-633 and 704, (1980).
Smialek, J., Spitz, W.U. and Sacra, E.

61. Ethanol in Intracerebral Clot - Report of Two
Homicidal cases with Prolonged Survival After Injury.
Am. J. of Forensic Medicine and Pathology, **1** (2):
149-150, (1980).
Smialek, J., Spitz, W.U., and Wolfe, J.

62. Shotgun Wounds - Homicide or Self-Inflicted?
Michigan Police Officer, **8**: (3), 24-27, (1980).
Spitz, W.U.

63. Heroin Culture.
Michigan Police Officer, **8**: (4), 23-27, (1980).
Spitz, W.U.

64. Secondary Intracranial Subarachnoid Hemorrhage Due
to Spinal Missile Injury.
J. Forensic Sci, **26** (2): 431-434, (1981).
Smialek, J., Chason, J., Kshirsager, V. and Spitz, W.U.

65. Concentration of Alcohol in Delayed Subdural Hematoma.
J. Forensic Sci., **28** (4): 1013-1015, (1983).
Cassin, B. and Spitz, W.U.

66. Modernization of a Large Metropolitan Autopsy
Facility. Lipshaw Lab Leader, **1** (2), (1984).
Spitz, W.U.

67. Suicidal Electrocution in a Bathtub.
Am. J. For. Med. and Path., **6** (3): 276-278, (1985).
Lawrence, R., Spitz, W.U. and Taff, M.

68. Intrapleural Golf Ball Size Loose Body: An
Incidental Finding at Autopsy.
Am. J. For. Med. and Path., **6** (4): 329-331, (1985).
Spitz, W.U. and Taff, M.

69. Sudden Prisoner Deaths and 'Capture Myopathy'. [Letter]
JAMA, **253** (1) 13: 1934, (1985).
Spitz, W.U.

70. System for Deodorizing and Decontaminating Autopsy
Rooms. UNITED STATES PATENT number 4,600,557
Date of Patent: July 15, 1986.

71. The Amino Acid Sequence of Human Cardiac Troponin-C.
Muscle and Nerve, **9**: 73-77, (1986).

Romero, A., Lieska, N. and Spitz, W.U.

72. A Case of Suicidal Hanging in an Automobile.
*Am. J. For. Med. and Path.*, **6** (4): 362-364, (1986).
Hardwicke, M.B., Taff, M. and Spitz, W.U.

73. A Work-Related Death Due to a Penetrating Chest Injury.
*Am. J. For. Med. and Path.*, **7** (2): 163-164, (1986).
Katanick, D., Taff, M. and Spitz, W.U.

74. Sudden Death Resulting from Chicken Bone Perforation of Esophagus.
*Am. J. For. Med. and Path.*, **7** (3): 263-265, (1986).
Russo, S., Taff, M., Ratanproeksa, O. and Spitz, W.U.

75. Fatal Thyrotoxic Crisis: A Case Report. *Am. J. For. Med. Path.*, **7** (2): 174-176, (1986). Herman, G., Kanluen, S., Monforte, J., Husain, M., and Spitz, W.U.

76. An Unusual Case of Compression Asphyxia and Smothering.
*Am. J. For. Med. and Path.*, **7** (4), (1986).
Wolodzko, A., Taff, M., Ratanaproeksa, O. and Spitz, W.U.

77. Syncope and Sudden Death Caused by Mitral Valve Myxomas.
*Am. J. For. Med. and Path.*, **7** (1): 84-86 (1986).
Puff, M., Taff, M., Spitz, W.U. and Eckert, W.

78. Scald Burns Complicated by Isopropyl Alcohol Intoxication: A Case of Fatal Child Abuse.
*Am. J. For. Med. and Path.*, **7** (1): (1986).
Russo, S., Taff, M., Mirchandani, H., Monforte, J. and Spitz, W.U.

79. Resuscitation and Petechiae.
*Am. J. For. Med. and Path.*, **9** (1): 35-37, (1988).
Hood, I., Ryan, D. and Spitz, W.U.

80. Determining Gender: Examination of Hair. [Letter]
*JAMA*, **260** (6): 851, (1988).
Spitz, W.U.

81. Award Citation: A Tribute to the Late Russell S. Fisher.
*Am. J. For. Med. and Path.*, **9** (4): 355-356, (1988).
Spitz, W.U.

82. The Case of the Sitting Corpse; Accident of Homicide.
*Am. J. For. Med. and Path.*, **10** (3): 242-244, (1989).
Spitz, W. U.

83. Necrotizing Fasciitis: A Fatal Outcome Following Minor Trauma.
*Am. J. For. Med. and Path.*, **10** (3): 239-241, (1989).

Wojno, K. and Spitz W. U.

84. Fatal Accidents and Blood Ethanol Levels in Adolescents
and Adults - The Wayne County Experience 1978-1988.
Am. J. For. Med. and Path., 10 (3): 187-192, (1989).
Hain, J.R., Ryan, D.M. and Spitz W. U.

85. Postmortem Cerebrospinal Fluid Pleocytosis.
Am. J. For. Med. and Path., 10 (3): 209-212, (1989).
Platt, M.S., McClure, S., Clarke, R., Spitz W.U., and
Cox, W.

86. Killer Pop Machines.
J. Forensic Sci., 35 (2): 490-492, (1990).
Spitz, D. J. and Spitz W. U.

87. Gastrointestinal Hemorrhage from an Internal Jugular
Abscess in an Intra-venous Drug Addict.
Ippolito, S. F. and Spitz, W. U.

88. The Traffic Accident Victim - Werner U. Spitz.
Chapter in - HANDBOOK OF FORENSIC PATHOLOGY.
Published by: College of American Pathologists.
Expected publication date is January 1990.

89. Sudden Death of an Elderly Man with Multiple
Malignant Neoplasms.
Am. J. For. Med. and Path., 12 (3): 265-271, (1991).
Hardwicke, M.B., Taff, M., Spitz, W.U. and Gordan, R.

90. Spitz and Fisher's MEDICOLEGAL INVESTIGATION OF DEATH,
Guidelines for the Application of Pathology to Crime
Investigation. Third Edition, Spitz, W.U. (Editor). Springfield,
Illinois, Charles C. Thomas, 1993.

91. Spitz, W.U.: Excited Delirium vs. Positional Asphyxia,
Michigan Association of Medical Examiners Cross Section,
Summer, 2000.

92. Spitz, W.U.: FORENSIC PATHOLOGY,CD-ROM, Universal Multimedia, Inc.,
Costa Mesa, CA, 2000.

93. Spitz, W.U.: Don't Be Intimidated,
Michigan Association of Medical Examiners Cross Section,
Summer, 2000.

94. Spitz and Fisher's MEDICOLEGAL INVESTIGATION OF DEATH,
Guidelines for the Application of Pathology to Crime
Investigation. Fourth Edition, Spitz, W.U. (Editor). Springfield,
Illinois, Charles C. Thomas, 2005.

## PRESENTATIONS:

Guest Lecturer - Armed Forces Institute of Pathology
    Annual course of forensic pathology - 1970 - 1991

Guest Lecturer - Louis Phillippe Mousseau Memorial
    Lecture, Edmonton, Alberta, Canada
    October 16, 1974

Guest Lecturer - Israel Association of Forensic Sciences
    Reconstruction of the events surrounding the
    assassination of President John F. Kennedy as
    feasible by analysis of his wounds
    Tel Aviv, Israel, March, 1980

Guest Lecturer - Asociacion Mexicana de Medicina Legal,
    Quinto Symposium International de Graduacion
    en Medicina Legal, Mexico City, August 28-30,
    1980

Guest Lecturer - Sixth South African International
    Conference of Legal Medicine, Johannesburg,
    South Africa, March 17-21, 1981

Guest Lecturer - First Pan American Symposium of Legal
    Medicine, Mexico City, Mexico, May 22-28, 1982

Guest Lecturer - Sociedad Mexicana de Medicina Forense,
    Criminologia y Criminalistica, A.C.
    Estados Unudos de America, Mexico
    July 21 - 27, 1985

Guest Lecturer - Edwin C. Yoder Honor Lecture
    Tacoma, Washington, November 15, 1985

Guest Lecturer - El Instituto Politecnico Nacional
    Mexico City, Mexico, October 12-15, 1986

Guest Lecturer - Primer Curso Internacional De Medicina
    Legal en La Mitad Del Mundo, Quito, Ecuador
    July 18 - 22, 1988

Guest Lecturer - Michigan Insurance Adjusters, Detroit,
    February 18, 1985

Lecturer - University of Windsor, Chemistry Department,
    March 15, 1985

Guest Lecturer - Beaumont Hospital, Royal Oak, Michigan
    March 29, 1985

Guest Lecturer - St. Johns Hospital, Detroit, Michigan
    April 12, 1985

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland

April 30, 1985

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar. May 9 - 11, 1985

Guest Lecturer - Detroit Police Seminar, Detroit, Michigan
    May 17, 1985

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland
    October 15, 1985

Lecturer - Wayne County Judges, Detroit, Michigan
    November 8, 1985

Lecturer - University of Windsor Law School, Windsor, Canada
    December 4, 1985

Lecturer - Detroit College of Law School, Detroit, Michigan
    Full day - January 15, 1986

Guest Lecturer - Grace Hospital, Detroit, Michigan
    April 12, 1986

Guest Lecturer - Ontario Coroners Association, Niagara on the
    Lake, Canada April 10-11, 1986

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland
    April 29-30, 1986

Guest Lecturer - Michigan Prosecutors Coordinating Council,
    Shanty Creek, Michigan May 3, 1986

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar. May 8 - 10, 1986

Guest Lecturer - Michigan Insurance Adjusters Assn.,
    Southfield, Michigan May 13, 1986

Guest Lecturer - Criminal Defense Attorneys, Traverse City,
    Michigan November 8, 1986

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland
    April 27, 1986

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar. May 7 - 9, 1987

Guest Lecturer - Michigan/Ontario Identification Association,
    Windsor, Canada June 30, 1987

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland

-25-

18

September 14, 1987

Chairman - Illinois Coroner's Association Seminar, Matoon,
   Illinois October 19-20, 1987

Lecturer - St. Clair Medical Examiners, Port Huron, Michigan
   September 26, 1987

Guest Lecturer - Insurance Adjusters Assn., Detroit,
   Michigan November 16, 1987

Guest Lecturer - America Society of Clinical Pathologists
   Seminar, Chicago, Illinois, December 1, 1987.

Lecturer - Life, Accident and Health Claim Association,
   Detroit, Michigan January 19, 1988

Lecturer - Police Department Chaplains Assn., Farmington,
   Michigan March 14, 1988

Guest Lecturer - Wayne County Medical Society, Disaster
   Planning Seminar, Detroit, Michigan April 7, 1988.
Guest Lecturer - Michigan Trial Lawyers Association Seminar,
   Southfield, Michigan May 21, 1988.

Guest Lecturer - Wayne County Sheriff's School, Disaster
   Planning Seminar, Romulus, Michigan June 28-30,
   1988.

Guest Lecturer - Dearborn Elks Loge 1945, Dearborn,
   Michigan July 27, 1988

Guest Lecturer - New York State Police Annual Seminar,
   Albany, New York October 4, 1988.

Lecturer - Michigan Association of Medical Examiners,
   Midland, Michigan October 14-16, 1988

Guest Lecturer - Douchess County Seminar, New York
   November 12-14, 1988

Guest Lecturer - Michigan Trial Lawyers Association,
   Southfield, Michigan November 15, 1988.

Lecturer - Bon Secours Hospital Staff, Grosse Pointe,
   Michigan February 27, 1989

Guest Lecturer - Defense Attorneys Seminar, Lansing,
   Michigan April 21, 1989

Guest Lecturer - Seminar in Homicide Investigation,
   Baltimore, Maryland May 2, 1989

Guest Lecturer - Kiwanis Lecture, Westland, Michigan

May 15, 1989

Guest Lecturer - Macomb County Community College,
    June 14, 1989

Guest Lecturer - Pathology Review Course, Lisle, Illinois
    September 17-18, 1989

Guest Lecturer - New York State Police Academy, Albany,
    New York September 20-22, 1989

Lecturer - Michigan Association of Medical Examiners,
    Midland, Michigan September 29 to October 1, 1989

Guest Lecturer - Illinois State University, Accident Investigation,
Normal, Illinois October 5-7, 1989

Guest Lecturer - American Society of Clinical Pathologist
    December 4, 1989

Lecturer - St. John Hospital Emergency Room Staff, Detroit,
    Michigan February 28, 1990

Lecturer - University of Windsor, Chemistry Students,
    Windsor, Canada March 9, 1990

Guest Lecturer - Douchess County Seminar, New York
    April 9-10, 1990

Guest Lecturer - University of North Florida, Accident Investigators,
    Jacksonville, Florida April 17, 1990

Guest Lecturer - Colorado Institute of Criminal Justice,
    Medical Legal Investigation of Death Seminar,
    Denver, Colorado April 19-20, 1990

Guest Lecturer - Michigan State Police Arson Investigation,
    Tuskin, Michigan April 23, 1990

Guest Lecturer - Federal Bureau of Investigation, Detroit,
    Michigan April 25, 1990

Guest Lecturer - Ohio Academy of Trial Lawyers, Toledo, Ohio
    April 28, 1990

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar. May 17 - 19, 1990

Guest Lecturer - University of Michigan, Pathology Course,
    Ann Arbor, Michigan September 11, 1990

Guest Lecturer - Michigan State Police Arson Investigation for Prosecutors,
    Tuskin, Michigan October 15, 1990

20

Guest Lecturer - University of North Florida, Accident
    Reconstruction, Jacksonville, Florida
    October 22-23, 1990

Guest Lecturer - Criminal Defense Attorneys, Traverse City,
    Michigan November 3, 1990

Lecturer - St. John Hospital Staff, Detroit, Michigan
    November 29-30, 1990

Guest Lecturer - 9th Annual Advanced Homicide Investigators
    Seminar, Toronto, Canada, February 12, 1991

Guest Lecturer - Macomb Bar Association, February 21, 1991

Guest Lecturer - 6th Medicolegal Investigation of Death Seminar
    Morgantown, West Virginia, April 6, 1991
Lecturer - Federal Bureau of Investigation's Third Annual Violent
    Crime Seminar, Ann Arbor, Michigan, April 24, 1991

Lecturer - Macomb Emergency Response Group, St. Clair Shores,
    Michigan, April 25, 1991

Lecturer - Michigan State Police's Third Annual Prosecutors
    School (Fatal Fire Investigation), Tustin, Michigan,
    April 29, 1991

Guest Lecturer - Grosse Pointe Jewish Council, Grosse Pointe,
    Michigan, April 30, 1991

Guest Lecturer - Michigan Probation Officers, Frankenmuth,
    Michigan, May 23, 1991

Lecturer - Institute of Police Technology and Management,
    Meriden, Connecticut, June 11, 1991

Lecturer - Pathology Review Course, Columbus, Ohio, May 27, 1991

Lecturer - St. John Hospital Emergency Room Physicians, Detroit,
    Michigan, May 29, 1991

Lecturer - Spectrum 91 International Symposium on Forensic
    Techniques, Detroit, Michigan, June 3, 1991

Lecturer - Institute of Police Technology and Management,
    Hartford, Connecticut, June 11, 1991

Guest Lecturer - University of Michigan Pathology Residents,
    Ann Arbor, Michigan, September 24, 1991

Lecturer - 1991 NYPD Colonel Henry F. Williams Homicide Seminar,
    Albany, New York, September 29, 1991

Guest Lecturer - Michigan Corrections Association 59th Annual
    Conference, Mackinac Island, Michigan, October 2, 1991

Lecturer - Illinois State University, Accident Reconstruction
    Conference, Bloomington, Illinois, October 10, 1991

Lecturer - Institute of Police Technology and Management,
    Baltimore, Maryland, October 14, 1991

Guest Lecturer - 8th Israel Medical Week, Jerusalem, Israel,
    November 5, 1991

Lecturer - University of Windsor, Chemistry Students,
    Windsor, Canada, November 22, 1991

Guest Lecturer - Pontiac General Hospital Surgical Grand Rounds,
    Pontiac, Michigan, December 9, 1991

Lecturer - St. John Hospital Staff, Detroit, Michigan
    January, 31, 1992

Lecturer - Federal Bureau of Investigation's Fourth Annual Violent
    Crime Seminar, Ann Arbor, Michigan, April 15, 1992

Guest Lecturer - Wayne County Medical Society, Detroit, Michigan,
    May 5, 1992

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar, Romulus, Michigan, May 13 and 14, 1992

Lecturer - 1992 NYPD Colonel Henry F. Williams Homicide Seminar,
    Albany, New York, September 20, 1992

Lecturer - 1er Congreso Nacional De Ciencias Periciales En El
    Estado De Mexico, Mexico, September 21 to 23, 1992

Guest Lecturer - Macomb Emergency Response Group, St. Clair
    Shores, Michigan, October 8, 1992

Lecturer - Michigan Association of Medical Examiners, Midland,

Michigan, October 17, 1992

Lecturer - Simposium Internacional De Medicina Legal 92,
    Guayaquil, Ecuador, October 30, 1992

Lecturer - Harper Hospital Pathology Residents, Detroit,
    Michigan, November 11 and 18, 1992

Guest Lecturer - General Motors Research Chapter of Sigma Xi,
    Warren, Michigan, December 8, 1992

22

Lecturer - University of Windsor, Chemistry Students,
    Windsor, Canada, February 12, 1993

Lecturer - CACJ/CPDA Death Penalty Defense Seminar,
    Monterey, California, February 13, 1993

Lecturer - St. John Hospital Staff, Detroit, Michigan
    March 29, 1993

Lecturer - Federal Bureau of Investigation's Fourth Annual Violent
    Crime Seminar, Ann Arbor, Michigan, April 20, 1993

Guest Lecturer - Wayne County Medical Society, Detroit, Michigan,
    April 21, 1993

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar, Detroit, Michigan, April 22 and 23, 1993

Guest Lecturer - Criminal Defense Attorneys, Southfield,
    Michigan April 24, 1993

Guest Lecturer - New York Society of Forensic Sciences, Lehman
    College, Bronx, New York, April 28, 1993

Lecturer - Grace Hospital Staff, Detroit, Michigan
    May 18, 1993

Lecturer - Pathology Review Course, Chicago, IL, May 24, 1993

Lecturer - Traffic Crime Seminar, Toronto, Canada, June 1, 1993

Lecturer - Medicolegal Investigation of Death Seminar, Grand
    Junction, Colorado, August 26 to 28, 1993

Lecturer - 1993 NYPD Colonel Henry F. Williams Homicide Seminar,
    Albany, New York, September 18, 1993

Lecturer - CACJ/CPDA Death Penalty Defense Seminar,
    Monterey, California, February 19, 1994

Lecturer - Detroit Academy of Medicine, March 8, 1994

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar, Detroit, Michigan, March 24 and 25, 1994

Lecturer - Harper Hospital Staff, Detroit, Michigan
    March 31, 1994

Lecturer - Detroit Riverview Hospital, Detroit, Michigan
    April 15, 1994

Lecturer - Pathology Review Course, Cincinnati, Ohio, May 24, 1994

23

Guest - CNN, Larry King Live, O.J. Simpson, June 29, 1994

Guest - David Newman Show, WHYZ, Detroit, Michigan July 6, 1994

Lecturer - CPDA Homicide Seminar, Napa Valley, California,
August 27, 1994

Guest Lecturer - City of Southfield, Emergency Management
Director, Southfield, Michigan, September 8, 1994

Lecturer - 1994 NYPD Colonel Henry F. Williams Homicide Seminar,
Albany, New York, September 27, 1994
Lecturer - 1994 New York Police Department, Pokeepsie, New York,
October 6 and 7, 1994

Lecturer - Michigan Association of Medical Examiners, Midland,
Michigan, October 29, 1994

Lecturer - St. John Hospital Staff, Detroit, Michigan
December 8, 1994

Lecturer - Macomb County Prosecutors and Police, Mt. Clemens,
Michigan, January 19, 1995

Lecturer - CACJ/CPDA Death Penalty Defense Seminar,
Monterey, California, February 19, 1995

Lecturer - Medical Transcriptionists Assn., Bloomfield Hills,
Michigan, March 11, 1995

Chairman - Annual seminar - Wayne State University Continuing
Education - Medical Legal Investigation of Death
seminar, Detroit, Michigan, March 23 and 24, 1995

Lecturer - Pathology Review Course, Baltimore, Maryland,
April 2, 1995

Lecturer - Federal Bureau of Investigation's Sixth Annual Violent
Crime Seminar, Ann Arbor, Michigan, April 11, 1995

Lecturer - Pathology Review Course, Chicago, Illinois
May 7, 1995

Lecturer - ASCP, Williamsburg, Virginia, June 21, 1995

Lecturer - 1995 NYPD Colonel Henry F. Williams Homicide Seminar,
Albany, New York, September 17, 1995

Lecturer - Sterling Heights Citizens Police Academy, Sterling
Heights, Michigan, October 5, 1995

Lecturer - Wayne County Judges, Detroit, Michigan, October 8, 1995

Guest Lecturer - Criminal Defense Attorneys, Traverse City,

Michigan, November 3, 1995

Lecturer - Medical Examiner's staff, Big Rapids, Michigan,
    November 4, 1995

Lecturer - Detroit College of Law, Detroit, Michigan, November 15,
    1995

Member - Organ Donation Panel, Lansing, Michigan, November 19,
    1995

Lecturer - Grand Rapids Airport Personnel, Grand Rapids, Michigan,
    December 4, 1995

Lecturer - Beaumont Hospital Staff, Royal Oak, Michigan January
    24, 1996

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar, Detroit, Michigan, March 21 and 22, 1996

Lecturer - Flight Nurses Assn., Midland, Michigan, March 29, 1996

Lecturer - Pathology Review Course, Chicago, Illinois
    May 13, 1996

Lecturer - Carteret County Medical Society, North Carolina
    May 16, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron,
    Michigan, May 28, 1996

Lecturer - Criminal Defense Attorneys, Lima, Ohio, September 20,
    1996

Lecturer - 1996 NYPD Colonel Henry F. Williams Homicide Seminar,
    Albany, New York, September 29, 1996

Guest Lecturer - Forense' 96, International Congress, Sao Paulo,
    Brazil, October 6 to 12, 1996

Lecturer - Death Investigation Seminar, Springfield, Illinois
    October 15-16, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron,
    Michigan, November 5, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron,
    Michigan, February 25, 1997

Chairman - Annual seminar - Wayne State University Continuing
    Education - Medical Legal Investigation of Death
    seminar, Detroit, Michigan, March 6 and 7, 1997

Guest Lecturer - Rush Presbyterian - St. Luke's Medical Center,
· Department of Pathology, March 24, 1997

Guest Lecturer - Criminal Defense Attorneys, Novi, Michigan
April 4, 1997

Lecturer – Grosse Pointe Woods Counsel, May 15, 1997

Lecturer – Oakland ANA ER Nurses, May 8, 1997

Lecturer – City of Grosse Pointe Woods Department of Public Safety,
June 19, 1997

Lecturer – Oakland County Emergency Nurses Association,
October 8, 1997

Lecturer – Wayne State University Health Center – ER Residents,
November 20, 1997

Lecturer – Sex, Science and Criminal Defense: A Medical-Legal Seminar –
Ohio Association of Criminal Defense Lawyers,
·   March 27, 1998

Lecturer – Medicolegal Investigation of Death Seminar -
Robert C. Byrd Health Sciences Center of West Virginia,
April 25, 1998

Lecturer – Death Penalty Seminar, Ohio, May 14, 1998

Lecturer – Osler Toledo, May 16, 1998

Lecturer - Wolfreiser, June 18, 1998

Lecturer – Collinsville, Illinois, August 24-26, 1998

Lecturer -- University of Michigan Department of Pathology,
September 22, 1998

Lecturer – Macomb County – Traffic Evidence, October 6, 1998

Lecturer – Michigan State Police Forensic Science Laboratory,
October 21, 1998

Lecturer – Michigan Association of Medical Examiners Annual Conference,
October 23-25, 1998

Lecturer - Pattern Injury – Nurse Examiner Conference, June 28, 1999

Lecturer – Criminal Advocacy Program, September 10, 1999

Lecturer -- New York State Police – Colonel Henry F. Williams
Homicide Seminar, September 18, 1999

Lecturer – Chicago, September 25, 1999

Lecturer – Forensic Investigation: Blueprint for Failure –
Techniques & Strategies in Forensic Investigation –
27th Annual Florida Medical Examiners & 7th Annual
Investigation for Identification Combined Educational Conference,
October 1, 1999

Lecturer – Port Huron, Michigan, October 19, 1999
Lecturer – Advocates Polish American Bar Association, October 21, 1999

Lecturer – GPJC Adult Cultural October Doubleheader, October 27, 1999

Lecturer – Erie County Bar Association, Sandusky, Ohio, December 10, 1999

Lecturer – American Academy of Forensic Science – Odontology Section,
February 25, 2000

Lecturer – 17th Annual Emergency & Critical Care Conference –
Survival Flight – University of Michigan Flight Nurses, March 10, 2000

Lecturer – Life in the Balance 2000: Defending Death Penalty Cases,
March 25-28, 2000

Lecturer – Cases & O.J. Simpson, Port Huron, Michigan, May 16, 2000

Lecturer – St. John Hospital, November 1, 2000

Lecturer – National Seminar on Forensic Evidence and the Criminal Law –
Philadelphia, Pennsylvania, November 2-5, 2000

Lecturer – University of Michigan – Department of Pathology,
December 5, 2000
Lecturer – Balistics & Trauma – St. John Surgical & ER Physicians,
January 18, 2001

Lecturer – Criminal Defense Attorneys of Michigan – Doubletree Hotel,
Novi, Michigan March 1-3, 2001

Lecturer – Life in the Balance 2001: Defending Death Penalty Cases –
National Legal Aid & Defender Association, March 3-6, 2001

Lecturer – Expert of All Sorts seminar – Ohio Association of Criminal
Defense Lawyers, May 4, 2001

Lecturer – Famous Medical Mysteries – The Mamonides Society,
February 28, 2002

Lecturer – Michigan Funeral Directors – Frankenmuth, Michigan, March 7, 2002

Lecturer – 18th Annual Emergency & Critical Care Conference –
Survival Flight – University of Michigan Flight Nurses, March 8, 2002

Lecturer – National Legal Aid & Defender Association – Kansas City,
March 12, 2002

Lecturer – Federal HAT Counsel – New Orleans, April 12, 2002

Lecturer – SANE Nurses – Macomb Community College, May 8, 2002

Lecturer – MESI Class – West Branch, Michigan, May 10, 2002

Lecturer – Bluewaterland Emergency Care Conference – Sarnia,
    Ontario, Canada, May 31, 2002

Lecturer – Montpelier, France, September 2 - 7, 2002

Lecturer – Henry F. Williams Homicide Seminar – Albany, New York,
    September 22, 2002.

Lecturer – Jahrestagung Deutsche Gesellschaft fur Rechtsmedizin – Ronstock,
    Germany, September 24 - 25, 2002.

Lecturer – Advocates, Polish American Bar Association – Hamtramck,
    Michigan, February 13, 2003.

Lecturer – 19th Annual Emergency & Critical Care Conference – University of
    Michigan Survival Flight Nurses, March 21, 2003.

Lecturer - Medical Examiners Investigators Training -
    Genesee & Lapeer County, Michigan, April 14, 2003.

Lecturer - Indiana State Coroner's Association -
    Clarksville, Indiana, June 23, 2003.

Lecturer - Accident Reconstruction, Sterling Heights, Michigan,
    October 3, 2003.

Lecturer - Osler - Chicago Lecture, November 2, 2003.

Lecturer - Turning Point's Forensic Nurse Examiner Program, -
    Macomb County Community College, January 20, 2004.

Lecturer - Funeral Directors Meeting, Patterns of Injury - Frankenmuth,
    Michigan, March 11, 2004.

Chairman - Annual Seminar 28th year - Wayne State University
    Continuing Education - Medical Legal Investigation of Death seminar.
    April 21-23, 2004.

Lecturer - Colonel Henry F. Williams Homicide Seminar -
    Albany, New York, October 4, 2004.

Lecturer - Medical Examiners Investigators Training -
    Port Huron, Michigan, October 6, 2004.

Lecturer - Indiana Division of the International Association for
    Identification - Fort Wayne, Indiana, October 19, 2004

Lecturer - Saint Mary's Emergency Trauma Conference -
   Saginaw, Michigan, October 22, 2004.

Lecture - Turning Point's SANE nurses seminar, Macomb County
   Community College, November 12, 2004.

Lecture - Survival Flight, University of Michigan, March 17, 2005.

Lecture - Interpretation of injuries at the University of West Virginia in Morgantown, West
   Virginia, April 2, 2005.

Lecture - Wayne State  Wayne State University Continuing
   Education - Medical Legal Investigation of Death
   seminar, Detroit, Michigan, April 20-22, 2005.

Lecture - Wisconsin Coroner and Medical Examiner Association, Wisconsin - key note
   speaker for Medical Examiner and Coroners in significance of Forensic Pathology.
   June 6-7, 2005

## COURSES TAUGHT AT WAYNE STATE (1988 to PRESENT)

Chairman - Annual seminar - Wayne State University Continuing
      Education - Medical Legal Investigation of Death
      seminar.  2005 is the 29th year.

1988  October 5, 12, 19 and 26
      November 2, 9, 16, 23, and 30
      December 7 and 14 .
      Forensic Pathology course for Pathology Residents

1988  November 4 and 7
      Forensic Pathology course for Sophomore Medical
      Students

1988  November 3
      Forensic Pathology course for Sophomore Medical
      Students

1990  October 26
      Forensic Pathology Course for Sophomore Medical
      Students

1991  October 9
      Forensic Pathology course for Pathology Residents

1991  October 16
      Forensic Pathology course for Pathology Residents

1991  October 23
      Forensic Pathology course for Pathology Residents

1991  October 25
      Forensic Pathology Course for Sophomore Medical

Students

1992  October 23
      Forensic Pathology Course for Sophomore Medical
      Students

1993  March 31
      Forensic Anthropology

1994  April 21
      Forensic Anthropology

dk:kb:curriculumv.wpd

# WERNER U. SPITZ, M.D.
## *Forensic Pathology and Toxicology*
23001 Greater Mack
St. Clair Shores, Michigan 48080-1996

•••

Phone: (586) 776-2060 • Fax: (586) 776-8722

Diane L. Lucke, B.S.
Administrative Assistant/Office Manager

Email: wuspitz@aol.com

## Trial and deposition testimony:

### January 6, 1998 - Deposition

Elizabeth Nagy, Individually and as Personal Representative of the Estate of Louis Nagy, deceased v. American Stairway, Inc.
Ohio, Toledo
United States District Court
Northern District of Ohio, Western Division
Case No: 3:97 CV 7202

### January 9, 1998 - Trial Testimony

Wanda M. Tyson, et al v Alfred V. Ciraldo, M.D.
Ohio, Akron
Summit County Common Pleas Court
Case No: CV 97 01 1285

### January 30, 1998 - Deposition

Robert L. Wells, Administrator of the Estate of Christopher J. Branch, et al v Young Mens Christian Association of Greater Louisville d/b/a Southeast YMCA
Kentucky, Jefferson County
Jefferson County Circuit Court
Case No: 96 CI 05184

### February 2, 1998 - Deposition

Beverly J. Merchant and David D. Merchant, Individually and as Conservator for the Estates of Joshua J. Merchant and Jamie L. Merchant, Minors v Dean A. Walton, Patricia L. Walton and Valentine Lake, Inc., d/b/a Elk Ridge Golf Course, a Michigan Corporation
Michigan
Montmorency County Circuit Court
Case No: 96 003336 NI

### February 4, 1998 - Deposition

Randy Moore and Lynda Moore v James Sazabo and Proferred Starting Gate, Gary Rankin and Croswell Agricultural Society
Michigan
Sanilac County Circuit Court
Case No: 96 24828 NI

### February 17, 1998 - Deposition

EXHIBIT D

Vernal Below, Individually and as Executor of the Estate of Virginia May Below, deceased v Stepanie M. Unkefer, General Motors corporation, et al
Ohio, Wayne County
Common Pleas Court
Case No: 97 CV 0145

### February 27, 1998 - Trial Testimony

Ljulja Ljucovic, Individually and as Next Friend of Donny Ljucovic, a Minor and Nikola Ljucovic v Colleen Grace Steinkirchner and Arbor Drugs, Inc., a Michigan Corporation
Michigan, Pontiac
Oakland County Circuit Court
Case No: 93 467 639 NI

### March 2, 1998 - Trial Testimony

Ljulja Ljucovic, Individually and as Next Friend of Donny Ljucovic, a Minor and Nikola Ljucovic v Colleen Grace Steinkirchner and Arbor Drugs, Inc., a Michigan Corporation
Michigan, Pontiac
Oakland County Circuit Court
Case No: 93 467 639 NI

### March 2, 1998 - Deposition

Josephine Kohl, Personal Representative for the Estate of Rudolph J. Kohl, deceased, Josephine Kohl, Sandra Kohl, Pamela Lawrence and Michael Kohl, Sr. v Ronald Graff, an Individual, Sanae Ackerman and Carlos Paul Ackerman, d/b/a Get-A-Way Saloon; and Sanae Ackerman and Carlos Paul Ackerman, d/b/a Get-A-Way Saloon v Ronald Graff
Michigan
Berrien County Circuit Court
Case No: 97 1027 NI M

### March 4, 1998 - Trial Testimony

People v Thomas Michael Stratten
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 97 2853 FC

### March 10, 1998 - Deposition

Willie Mae Smith, as Personal Representative of the Estate of Eddie Tyrone Smith, deceased v Mohamed Hikim, M.D., J. Shenaq, M.D., Andrew Saxe, M.D., and Sinai Hospital of Greater Detroit
Michigan, Detroit
Wayne County Circuit Court
Case No: 96 629079 NH

### March 12, 1998 - Trial Testimony

Estate of Edward Swans, deceased v City of Lansing, Lansing Police Department, Jerome Boles, Chief of Police, Captain Jim Cook, Jail Administrator, Lt. Michael Mezzano, Sgt. Mickey Szilagyi, Officer D. Viele, Detention Officer Gen Sherman, etc.
Michigan, Kalamazoo
U.S. District Court, Western District
Case No: 5:96-CV-56
### March 13, 1998 - Deposition

Randy Moore and Lynda Moore v James Sazabo and Proferred Starting Gate, Gary Rankin and Croswell

2

Agricultural Society
Michigan
Sanilac County Circuit Court
Case No: 96 24828 NI

## March 23, 1998 - Trial Testimony

Sara Stump and Andrew M. Ocrant v Daryl G. Gates; Diane J. Sexton; Sueann Ocrant; and The City of
Greenwood Village
Colorado
U.S. District Court for the District of Colorado
Case No: 91 B 509

## April 6, 1998 - Deposition

Janice A. Brege and Richard C. Brege v Michelle Marie Baldwin and Ernest L. Damron d/b/a Past Time
Lanes
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 94 3564 NI

## April 16, 1998 - Deposition

Kenneth D. Hesse, Personal Representative of the Estate of Jason L. Hesse, deceased, Kenneth D.
Hesse, Cynthia R. Hesse, and Amy R. Hesse, a minor, by her Next Friend, Kenneth D. Hesse v
Chippewa Valley Schools, a statutory body corporate, James J. Rivard, J. Murphy, Ruth Ann Booms,
Ashland Oil, Inc., formerly known as Ashland, Inc., a foreign corporation, d/b/a Valvoline Instant Oil
Change, and d/b/a The Valvoline Company
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 95 4893 NO

## April 17, 1998 - Trial Testimony

Janice A. Brege and Richard C. Brege v Michelle Marie Baldwin and Ernest L. Damron d/b/a Past Time
Lanes
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 94 3564 NI

## April 20, 1998 - Deposition

Michael Turnbell, deceased (SS # 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) v Efficient Design
Michigan
Department of Labor
Bureau of Workers' Disability Compensation

## April 21, 1998 - Deposition

Jihad Zahran, as Personal Representative of the Estate of Nawal Zahran, Deceased v. Bruce R. Singley,
Dr. Wilfred Vander Roest, Dr. Larry Shapiro, and Botsford General Hospital, a Michigan Corporation
Michigan, Detroit
Wayne County Circuit Court
Case No: 96-619586 NH

## April 23, 1998 - Trial Testimony

Beverley Bouverette, as Personal Representative of the Estate of David Bouverette, deceased v
Westinghouse Electric, Corporation and Hy-Tek Systems, Inc., Medar, Inc., and Cutler-Hammedr, Inc.,
Inc.

3

Michigan, Bad Axe
Huron County Circuit Court
Case No: 96-009612 NP

### April 27, 1998 - Deposition

Gerald Smith, as Personal Representative of the Estate of Fred Douglas Smith, deceased v United States
of America
Michigan, Detroit
US District Court for the Eastern District of Michigan
Southern Division
Case No: 97 71151

### April 29, 1998 - Trial Testimony

Christopher Shatrau and William Shatrau v Oakland County Sheriff's Department, Deputy Paul Allberry,
Deputy Tom Kangas, Deputy Tim Hein, Deputy Gregory Marohn, Deputy Mathew Norman, Deputy Mark
Venus and Deputy John Doe
Michigan, Detroit
U.S. District Court, Eastern District of Michigan
Southern Division
Case No: 96 73871

### April 30, 1998 - Trial Testimony

Clarence V. Woodard v United States of America
Michigan, Detroit
U.S. District Court, Eastern District of Michigan
Case No: 95 CV 71872 DT

### April 30, 1998 - Deposition

Inez Millen, individually and as Personal Representative of the Estate of Darrel Lee Millen, deceased v
Michael J. Roopas, M.D.; Cadillac Radiology, P.C. and Mercy Hospital
Michigan
Wexford County Circuit Court
Case No: 96-12418 NH

### May 5, 1998 - Trial Testimony

Elizabeth Nagy, Individually and as Personal Representative of the Estate of Louis Nagy, deceased v.
American Stairway, Inc.
Ohio, Toledo
United States District Court
Northern District of Ohio, Western Division
Case No: 3:97 CV 7202

### May 11, 1998 - Trial Testimony

People v DiStefano
Pennsylvania, Scranton
### May 12, 1998 - Trial Testimony

Byrne
Michigan, Pontiac
Oakland County Circuit Court

### May 13, 1998 - Deposition

4

Jody Sprague, as Next Friend of Zachary Sprague and Meghan Sprague, minors, and David Dreyer, Personal Representative of the Estate of Russell Sprague, deceased v Gary Lee Bell and Middle Branch Party Store
Michigan
Clare County Circuit Court
Case No: 97-900029 NI
Case No: 97-900082 NI

### May 15, 1998 - Deposition

Jeannette Boucher v Henry Ford Hospital Continuing Care Corporation, et al
Michigan, Detroit
Wayne County Circuit Court
Case No: 97 712 140 CZ

### May 19, 1998 - Trial Testimony

Christopher Shatrau and William Shatrau v Oakland County Sheriff's Department, Deputy Paul Allberry, Deputy Tom Kangas, Deputy Tim Hein, Deputy Gregory Marohn, Deputy Mathew Norman, Deputy Mark Venus and Deputy John Doe
Michigan, Detroit
U.S. District Court, Eastern District of Michigan
Southern Division
Case No: 96 73871

### May 26, 1998 - Deposition

Mildred Strimbel, Personal Respresentative of the Estate of Ronald Joseph Strimbel, deceased v W.J. Liedel, M.D., W.J. Liedel, M.D, P.C., Tanvir I. Qureshi, M.D., Tanvir I. Qureshi, M.D., P.C., Hyun A. Stewart, M.D., and Maywood Clinic a/k/a Maywood Industrial Clinic, Inc. a Michigan Corporation
Michigan, Monroe
Monroe County Circuit Court
Case No: 96-5861 NH

### May 27, 1998 - Trial Testimony

People of the State of Michigan v Jeremiah Paul Chodak
Michigan, Roseville
39th District Court
Case No: 98 000638

### May 28, 1998 - Deposition

Patricia Mitchell v Dahlas Darnell Lyles, The Attic Bar, and General Motors Corporation
Michigan, Detroit
Wayne County Circuit Court
Case No: 96-617269 NI

### June 3, 1998 - Trial Testimony

Horst Johann Witte and Eleanor Witte v General Motors Corporation, a Delaware Corporation
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 95 4135 NP

### June 4, 1998 - Deposition

-42-

Levi Chester, Personal Representative of the Estate of Nathaniel Williams, deceased v Orchards Children's Services, a Michigan non-profit corporation, Judy Margerum, Ph.D, Leona Peterson, Stephen John Bonnis and Lena Breman, St. John Hospital, a Michigan Corporation, Marson Ma, M.D., Babes in Wonderland, Inc., a Michigan Corporation and Elizabeth Hermes
Michigan, Detroit
Wayne County Circuit Court
Case No: 96 620720 NO

### June 10, 1998 - Deposition

Robert Szczepanik, Deceased (SS # 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) v Compressor Engineering
Michigan, Pontiac
Department of Labor
Bureau of Workers' Disability Compensation

### June 11, 1998 - Deposition

Tambuerelli v Dr. Whiteson

### June 29, 1998 - Trial Testimony

Susan Ungaro, as Special Administrator of the Estate of Shane Ungaro, deceased v Rosalco, Inc., an Indiana Corporation and Fingerhut Corporation, a Minnesota Corporation
Illinois, Chicago
· U.S. District Court
Northern District, Eastern Division
Case No: 96C3244

### July 15, 1998 - Deposition

Frederick McCrumb, as Personal Representative of the Estate of Richard L. McCrumb, and Ann McCrumb v Kent County, a Municipal Corporation, et al
Michigan, Grand Rapids
Kent County Circuit Court
Case No: 95-2039 NO

### July 16, 1998 - Deposition

Queenie Hairston, as Personal Representative of the Estate of Florence Hairston, deceased v Chedrick Reaves, Tujunana Reaves and Adell McFadden
Michigan, Flint
Genesee County Circuit Court
Case No: 96-46067 NI

### July 30, 1998 - Deposition

Ann Ayre, as Personal Representative of the Estate of James O. Ayre, deceased; Elizabeth Swift, as Personal Representative of the Estate of Howard G. Swift, III, Deceased; and Susanne Burnside, as Personal Representative of the Estate of Rodney G. Burnside, deceased and Bradley H. Burnside, deceased v Attwood Corporation, a Michigan Corporation; Outlaw Decoys, Inc., a Washington Corporation; and Wingset Company d/b/a Outlaw Marine, a Washington Corporation
Michigan, Grand Rapids
Kent County Circuit Court
Case No: 96 5087 NP

6

**July 31, 1998 - Deposition**

Paul Hayward, et al v City of Riverside, et al
California
United States District Court
Central District of California
Case No: CV 96-2271 WMB

**August 4, 1998 - Deposition**

Nathaniel Williams (SS # 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) v Western Staff Services
Michigan, Pontiac
State of Michigan
Bureau of Workers' Disability Compensation

**August 7, 1998 - Deposition**

Curl v Fuel Gas

**August 10, 1998 - Deposition**

The Estate of Edward Lee Wilson, deceased
Michigan, Detroit
Wayne County Probate Court
Case No: 95 555916 SE

**August 12, 1998 - Deposition**

Eileen Coyne Clark, Patricia Coyne Kelly in their capacities as Administrators of the Estate of James M.
Coyne; James W. and Norene Coyne v Thomas Demeris Taylor; Hardaway Construction, Tilcon
Delaware, Inc., Heartland Trucking, Inc., The Hardaway Company, Inc. and George & Lynch, Inc.
Delaware
U.S. District Court
Eastern District of Delaware
Case No: 96-607 JJF

**August 13, 1998 - Deposition**

Frances Consiglio, for Herself and as the Personal Representative of the Estate of Lorraine Borg,
deceased v. Angus Andrew McIntyre and Angus McIntyre Construction, Inc., a Michigan Corporation
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 97-4703 NI

**August 19, 1998 - Deposition**

Frederick McCrumb, as Personal Representative of the Estate of Richard L. McCrumb, and Ann
McCrumb v Kent County, a Municipal Corporation, et al
Michigan, Grand Rapids
Kent County Circuit Court
Case No: 95-2039 NO

**August 20, 1998 - Deposition**

Kimberly Howard, Personal Representative of the Estate of Kenneth Kowitz, deceased v Port Huron
Hospital, a Michigan Hospital Corporation, and Michael Paul, M.D.

-44-

Michigan, Port Huron
St. Clair County Circuit Court
Case No: 96-003364 NH

### September 4, 1998 - Deposition

Wilson v Chrysler

### September 22, 1998 - Trial Testimony

People v Jeremiah Paul Chodak
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 98 1700 FC

### October 1, 1998 - Trial Testimony

People v James Harry Klein
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 98 1803 FC

### October 1, 1998 - Deposition

Sheldon Allen v Joseph Harold Gommoll and A.J. OK, Inc., d/b/a Frankie's Bar
Michigan, Detroit
Wayne County Circuit Court
Case No: 96-647502 NI

### October 2, 1998 - Deposition

LaToya Armstrong, as Personal Representative of the Estate of Makia Armstrong, deceased v Dr. Gail
Stewart, D.O., Midwest Health Center, P.C., Children's Hospital of Michigan and Providence Hospital
Michigan, Detroit
Wayne County Circuit Court
Case No: 97-700139 NH

### October 7, 1998 - Deposition

Jason Alan Snell, by his guardian, David Snell v James Jewell, McBride's Avalon Bar, Inc., and Sneaks
Inc., d/b/a Bar One
Michigan, Mt. Pleasant
Isabella County Circuit Court
Case No: 97-10475 NS

### October 12, 1998 - Deposition

Inez Millen, individually and as Personal Representative of the Estate of Darrel Lee Millen, deceased v
Michael J. Roopas, M.D.; Cadillac Radiology, P.C. and Mercy Hospital
Michigan
Wexford County Circuit Court
Case No: 96-12418 NH

### October 22, 1998 - Deposition

Richard Strobaugh, Personal Representative of the Estate of Sandra Strobaugh, deceased v Cornerstone
Health Services, P.C., a Michigan Corporation, f/k/a Garfield Family Practice, Dr. Michael J. Kenneson
and Dr. Russell Chavey

Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 98 480 NH

## October 28, 1998 - Deposition

Theresa Bloomer, as Personal Representative of the Estate of Allen Boomer, deceased v TNT Logistics
Corporation, a Delaware Corporation, Dedicated Systems, LTD., an Ontario Corpporation, Marek
Grywalski and Andy Warmusz
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 97 244 NI

## October 29, 1998 - Deposition

Tracey Jackson, et al v City of Anaheim, et al
California
Superior Court of the State of California for the County of Orange
Case No: 78 58 95

## October 30, 1998 - Deposition

Jessica Danielle Marangoni by her Guardian ad Litem, Aimie Goldstein, Fabrizio and Jane Marangoni v
County of Ventura, a public entity, et al
California
United States District Court
Central District of California
Case No: 97-3798 DDP (Ex)

## November 2, 1998 - Deposition

Cassandra Long-Brown

## November 3, 1998 - Deposition

Patricia Graves and Frank Amedure, Sr., as Co-Personal Representatives of the Estate of Scott
Amedure, deceased v Warner Bros, Jenny Jones Show and Telepictures
Michigan, Pontiac
Oakland County Circuit Court
Case No: 95-494536 NZ

## November 6, 1998 - Deposition

Jolene England, Personal Representative of the Estate of Diane M. England, deceased v McLaren
Regional Medical Center, a Michigan Corporation
Michigan, Flint
Genesee County Circuit Court
Case No: 97 56370 NH

## November 10, 1998 - Deposition

Jason Edward Jackson v Hawkwater, Ltd., a Michigan Corporation d/b/a Fifth Avenue Billiards, Wisam
Jeberaeel
Michigan Pontiac
Oakland County Circuit Court
Case No: 97-546241 NS

9

**November 12, 1998 - Trial Testimony**

Ann Ayre, as Personal Representative of the Estate of James O. Ayre, deceased; Elizabeth Swift, as Personal Representative of the Estate of Howard G. Swift, III, Deceased; and Susanne Burnside, as Personal Representative of the Estate of Rodney G. Burnside, deceased and Bradley H. Burnside, deceased v Attwood Corporation, a Michigan Corporation; Outlaw Decoys, Inc., a Washington Corporation; and Wingset Company d/b/a Outlaw Marine, a Washington Corporation
Michigan, Grand Rapids
Kent County Circuit Court
Case No: 96 5087 NP

**November 13, 1998 - Trial Testimony**

Jolene England, Personal Representative of the Estate of Diane M. England, deceased v McLaren Regional Medical Center, a Michigan Corporation
Michigan, Flint
Genesee County Circuit Court
Case No: 97 56370 NH

**November 24, 1998 - Deposition**

Bernadine Fitts, Personal Representative of the Estate of John Allen Kirby, deceased v Monroe County KOA, a Michigan business entity, Ray Crots and Donna Crots, d/b/a Monroe County KOA; Ray Crots and Donna Crots
Michigan, Monroe
Monroe County Circuit Court
Case No: 96 4653 NO

**November 25, 1998 - Deposition**

Lockwood v Maxie's

**December 9, 1998 - Trial Testimony**

Bernard Miles v Alfred Thomas and City of Detroit
Michigan, Detroit
U.S. District Court
Case No: 96 CV 74570

**December 16, 1998 - Deposition**

Lois J. Trinkle, Personal Representative of the Estate of James Trinkle, deceased v Surya N. Sankaran, M.D., Surya N. Sankaran, M.D., P.C., Richard Payea, M.D., Richard Payea, M.D., P.C., Neil Siamson, M.D., and Tawas St. Joseph Hospital
Michigan
Iosco County Circuit Court
Case No: 96 9856 NH

**January 6, 1999 - Deposition**

Beverly J. Merchant and David D. Merchant, Individually and as Conservator for the Estate of Joshua J. Merchant and Jamie L. Merchant, Minors v Dean A. Walton, Patricia L. Walton and Valentine Lake, Inc., d/b/a Elk Ridge Golf Course, a Michigan corporation
Michigan
Montmorency County Circuit Court
Case No: 96 003336 NI

### January 8, 1999 - Deposition

Ronald J. Cruz, individually and as Personal Representative of the Estate of Thomas C. Cruz, deceased v City of Laramie, Wyoming; Bill Ware, Chief of Police in his individual and official capacity; City of Laramie Police Officers, Bonnie Noel, Richard D. Michel, Troy Jensen, Ben Fritzen, and John Does I-X, individually and in their official capacities
Wyoming
U.S. District Court for the District of Wyoming
Case No: 98 CV 065D

### January 15, 1999 - Deposition

Liccardi
Michigan

### January 18, 1999 - Deposition

Darrel Smith v Robert Emmett Burke and Frankies II, Inc., d/b/a Frankies II and/or Frankies South
Michigan, Detroit
Wayne County Circuit Court
Case No: 98 800596 NS

### January 20, 1999 - Deposition

William G. Reisinger and Dawn M. Reisinger, his wife v Busch - USF Development Group Limited Partnership d/b/a Quality Suites, and Opus South Corporation, a Florida corporation f/k/a The Dyson Company
Florida
Hillsborough County Circuit Court
Case No: 95 5756

### January 22, 1999 - Deposition (continued)

Ronald J. Cruz, individually and as Personal Representative of the Estate of Thomas C. Cruz, deceased v City of Laramie, Wyoming; Bill Ware, Chief of Police in his individual and official capacity; City of Laramie Police Officers, Bonnie Noel, Richard D. Michel, Troy Jensen, Ben Fritzen, and John Does I-X, individually and in their official capacities
Wyoming
U.S. District Court for the District of Wyoming
Case No: 98 CV 065D
### January 22, 1999 - Deposition

Michelle Fillion v Mary Cecelia Zorzit-Mattingly, Palace Sports & Entertainment, Inc. d/b/a The Palace of Auburn Hills, a Michigan liquor licensee, and National Entertainment Corportation d/b/a Industry, a Michigan liquor licensee and Palace Sports & Entertainment, Inc. d/b/a The Palace of Auburn Hills v Mary Cecelia Zorzit-Mattingly
Michigan, Pontiac
Oakland County Circuit Court
Case No: 97 000124 NI

### January 25, 1999 - Deposition

Tonya DeBene, Estate of Edith Scott, deceased, et al v MidCal Express, Inc., et al
Ohio, Toledo
U.S. District Court for the District of Ohio, Western Division
Case No: 3: 98 CV 7112

### February 1, 1999 - Trial Testimony

People v Kris Lukowitz
New Jersey, New Brunswick
Superior Court
Case No: 93000725

**February 8, 1999 - Deposition**

Robert Hall
Michigan

**February 9, 1999 - Deposition**

Alice Bertschi, as Personal Representative of the Estate of John Bertschi, deceased v Flint Osteopathic
Hospital, a Michigan hospital corporation, Jerry L. Dutton, D.O., Flint Gastroenterology Associates, P.C.,
a medical professional corporation, John Commett, D.O., Kevin Snyder, D.O., Flushing Medical Clinic,
P.C., a medical professional corporation, and John Socey, D.O.
Michigan, Flint
Genesee County Circuit Court
Case No: 96 46298 NH

**February 11, 1999 - Deposition**

Monterosso

**February 19, 1999 - Deposition**

Rita Garcia, Sandra Garcia and Brandy Garcia, Max L. Garcia, by and through their guardian ad litem,
Rita Garcia v City of Fullerton, Philip Goehring, Patrick McKinley, Joseph M. Klein, and Tito D. Voitel, in
both their personal and official capacities, Safariland, LTD., and Does 1 through 200
California, Santa Ana
Superior Court of the State of California for the County of Orange, Central Justice Center
Case No: 77 10 77

**February 23, 1999 - Trial Testimony**

People v Earl Wayne Hall
Michigan, St. Clair Shores
Macomb County District Court
Case No: 99 0083 FY

**March 2, 1999 - Deposition**

Anne M. Harrison and Robert Harrison, her husband v Winter Haven Hospital and Mike Gillenwater
Florida
Polk County Circuit Court, 10th Judicial Circuit
Case No: G 97 3146

**March 4, 1999 - Deposition**

Diana Pinkerton, Individually and as Personal Representative of the Estate of Tyler Pinkerton, deceased
v Oakwood Hospital, Benita Blanco, M.D.; B.H. Blanco, M.D., P.C., and Stephanie Chun, M.D.
Michigan, Detroit
Wayne County Circuit Court
Case No: 98 808719 NH

**March 8, 1999 - Deposition**

Dixon v Shenanaghans
Michigan

12

**March 9, 1999 - Deposition**

James Bush, Personal Representative of the Estate of Patricia Bush, deceased v Tisa K. Gabriel, D.O., Tisa K. Gabriel, D.O., P.C. and Crittenton Hospital, a Michigan Corporation
Michigan, Pontiac
Oakland Count Circuit Court
Case No: 98 003948 NH

**March 9, 1999 - Deposition**

Michael A. Nemir, M.D. v Mitsubishi Motors Corporation, a Delaware Corporation, and Chrysler Corporation, a Delaware Corporation
Michigan, Detroit
U.S. District Court for the Eastern District of Michigan, Southern Division
Case No: 96 75380

**March 15, 1999 - Deposition**

Estate of Kenneth Tinsley, deceased v Metro Welding Supply, et al
Michigan, Pontiac
Oakland County Circuit Court

**March 17, 1999 - Trial Testimony**

Jason Alan Snell, by his guardian, David Snell v James Jewell, McBride's Avalon Bar, Inc., and Sneaks Inc., d/b/a Bar One
Michigan, Mt. Pleasant
Isabella County Circuit Court
Case No: 97-10475 NS

**March 25, 1999 - Deposition**

Michael Handel, as Personal Representative for the Estate of Jacklyn Casey v Oakland General Hospital, a Michigan hospital corporation, Dr. Michael Laffer, Dr. Steven Hoffman, William Beaumont Hospital, a Michigan hospital corporation, Dr. Michael Costello, and Dr. Greg Howells
Michigan, Pontiac
Oakland County Circuit Court
Case No: 97 000931 NH

**March 29, 1999 - Trial Testimony**

Paul Hayward and Moira Hayward, as Guardians Ad Litem for Ashley Hayward, a minor, Amber Hayward, a minor, and Alysha Hayward, a minor v City of Riverside, Larry Gonzales, Guy Toussaint, Gregory Rowe, John Capen, Sergeant Meredith, F. Soria and Police Officer Brian Black and Does 1 through 100
California, Los Angeles
U.S. District Court, Central District of California
Case No: 96 2271 WMB (Mcx) (cons. w/ 96 4132 WMB (Mcx)

**March 30, 1999 - Deposition**

Estate of Patrick J. Neiiendam, deceased by the Personal Representative Philip Neiiendam v Dr. V. Rao, M.D.
Michigan, Flint
Genesee County Circuit Court
Case No: 97 54904 NH

**April 7, 1999 - Trial Testimony**

13

People of the State of Michigan v Ardell Robinson, Jr.
Michigan, Jackson
Jackson County Circuit Court
Case No: 98 87785 FC

### April 16, 1999 - Trial Testimony

Patricia Graves and Frank Amedure, Sr., as Co-Personal Representatives of the Estate of Scott
Amedure, deceased v Warner Bros, Jenny Jones Show and Telepictures
Michigan, Pontiac
Oakland County Circuit Court
Case No: 95-494536 NZ

### April 22, 1999 - Deposition

Lance Stone, Personal Representative of the Estate of Gary Stone, deceased v Robert Grant, D.O. and
Robert Grant, D.O., P.C.
Michigan, Detroit
Wayne County Circuit Court
Case No: 98 811681 NH

### April 28, 1999 - Trial Testimony

Richard J. Cook v Ricky Lynn Osborn and Hillsdale Club Lido, Inc.
Michigan, Hillsdale
Hillsdale County Circuit Court
Case No: 98 28 190 NS

### April 30, 1999 - Deposition

Crystal Jean Walsh and Ryan Walsh, individually and as Successors in Interest to Drew Allen Walsh,
deceased, by and through their Guardian Ad Litem Dennis Neal Walsh; and Tommie Jean Pitts v County
of Santa Barbara, et al
California
U.S. District Court Central District of California
Case No: 96 5120 ABC (Ex)

### May 11, 1999 - Trial Testimony

People v Lawrence Henry Berkau
Michigan, St. Clair Shores
Macomb County District Court
Case No: 98 0415 FY

### May 11, 1999 - Deposition

The Estate of Carolyn Jeane Perry, deceased, by Robert Perry, Personal Representative v Sinai Hospital
of Greater Detroit
Michigan, Detroit
Wayne County Circuit Court
Case No: 97 737174 NH

### May 17, 1999 - Trial Testimony

Paul Hayward and Moira Hayward, as Guardians Ad Litem for Ashley Hayward, a minor, Amber Hayward,
a minor, and Alysha Hayward, a minor v City of Riverside, Larry Gonzales, Guy Toussaint, Gregory
Rowe, John Capen, Sergeant Meredith, F. Soria and Police Officer Brian Black and Does 1 through 100
California, Los Angeles
U.S. District Court, Central District of California

14

Case No: 96 2271 WMB (Mcx) (cons. w/ 96 4132 WMB (Mcx)

## May 19, 1999 - Trial Testimony

Tracey Jackson, et al v City of Anaheim, et al
California
Superior Court of the State of California for the County of Orange
Case No: 78 58 95

## May 24, 1999 - Deposition

James Thompson, deceased (Autopsy No: MAC 71-95) SS # 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 v Troy Cleaners
State of Michigan Bureau of Workers' Disability Compensation
Michigan

## May 28, 1999 - Deposition

Estate of Craig A. Ruck, deceased, Wilfred M. Ruck, Personal Representative v Canadian National
Railway Company, a Canadian corporation and Grand Trunk Western Railroad, Inc. a Delaware
Corporation
Michigan, Port Huron
St. Clair County Circuit Court
Case No: K 98002544 NI

## June 8, 1999 - Deposition

Sue A. McGill. Individually and as Personal Representative of the Estate of Charles William McGill, III,
deceased v Binson's Assisted Care, Individually and Williams Quality in Home Care, Individually
Michigan, Pontiac
Oakland County Circuit Court
Case No: 97 001582

## June 17, 1999 - Trial Testimony

Manous Leon Sturgill and Michele Sturgill v Gregory Allen New, Michael William Mathews, Pamela
Francine Mathews and Meadow Bar Inc., d/b/a The Meadows Bar
Michigan, Detroit
Wayne County Circuit Court
Case No: 97 720708

## June 21, 1999 - Trial Testimony

Annie M. Harrison and Robert Harrison v Winter Haven Hospital and William P. Myers, M.D.
Barlow, Florida
Tenth Judicial Circuit Court, Polk County
Case No: 6-97-3146

## June 22, 1999 - Trial Testimony

Crystal Jean Walsh v County of Santa Barbara
Los Angeles, California
United States District Court, Central District of California
Case No: CV 96 5120

## June 23, 1999 - Trial Testimony

People of the State of Michigan v James Porter, Sr.
Washtenaw County Circuit Court

15

Case No: 97 9218 FC
Ann Arbor, Michigan

**July 2, 1999 - Deposition**

Clarence Brown and Doris Brown v David R. Sabin, PR of the Estate of Russell Rance, deceased, and
Papa Hush's, Inc., d/b/a Wigwam Bar
Alpena County Circuit Court
Case No: 97 2691 NI
Michigan, Alpena

**July 20, 1999 - Deposition**

Monica Prill, Personal Representative of the Estate of Michael Prill v St. John Hospital
Wayne County Circuit Court
Michigan, Detroit
Case No: 98 819962 NH

**July 27, 1999 - Deposition**

Leslie Gray

**July 28, 1999 - Trial Testimony**

People v Bryan Leo Prachar
Michigan, Roseville
Macomb County District Court
Case No: 99 006838

**August 6, 1999 - Deposition**

Aaron Parker

**August 16, 1999 - Deposition**

Estate of Robert Rychman v. McLaren Regional Medical Center & Dr. J. Kim

**August 19, 1999 - Deposition**

McKenzie v Westen Bar and Grill

**August 20, 1999 - Deposition**

People of the State of Hawaii v Frank Pauline, Jr.
Dana Ireland, deceased
Hawaii, Hilo
Circuit Court of the Third Circuit, State of Hawaii
Case No: 97 256

**September 2, 1999 - Deposition**

Janet Emmert, Personal Representative of the Estate of Randall Vaughn Emmert v Douglas Schoenherr,
Wilfred, Inc., d/b/a Gar wood's Bayview Lodge and Metry's Crews Inn, Inc.
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 98 1986 NS

**September 7, 1999 - Deposition**

16

Estate of Luis McIntire, Jr.; by Louis McIntire, personal representative; and Maria McIntire and Louis McIntire, as survivors of Luis McIntire, Jr. v City of Boulder; Sgt. Robert Sullenberger; Officer Scott Adams; Officer Dan Johnson; Officer Kate Elin, City of Boulder Police Officers; Brian F. Monaghan, individually and d/b/a The Old School Production Company; James Monaghan, III; Tobias M. Church; David Fike; The Seventh Son Production Company; and Dellacova & Tebo Development Company, LLC Colorado, Boulder
United States District Court for the District of Colorado
Case No: 98 S 1368

### September 9, 1999 - Deposition

Shirrie Gistover, Personal Representative of the Estate of Martha Gistover, deceased v Sasco Enterprises
Michigan, Flint
Genesee Circuit Court
Case No: 98 63326 NO

### September 14, 1999 - Deposition

Donald Hill

### September 16, 1999 - Deposition

Colleen M. Dameron, as PR of the Estate of Randall M. Dameron, deceased v McClain E-Z Pack, Inc., f/k/a Galion Solid Waste Equipment, Inc., and Bell Equipment Company
Michigan, Detroit
Wayne County Circuit Court
Case No: 98 803901 NP

### September 28, 1999 - Trial Testimony

People of the State of Michigan v Kenneth Ludwig
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 99-1371 FH

### October 4, 1999 - Deposition

Vickie Ostwald, Personal Representative of the Estate of Cammie Ostwald, deceased v Patricia Kobici and Randall Kobici
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 99 549 NO

### October 7, 1999 - Deposition

Nathan Callis, et al v City of Culver City, etc., et al
California, Los Angeles
Superior Court of the State of California for the County of Los Angeles
Case No: SC 050393

### October 11, 1999 - Deposition

Robert D. Moore, as PR of the Estate of Bonnie Lou Moore v Edward W. Sparrow Hospital Association, et al and Yishiuan J. Lee, M.D. and Michigan Pain Management Specialist, P.C.
Michigan, Mason
Ingham County Circuit Court
Case No: 98 89244 NH

17

## October 12, 1999 - Trial Testimony

People v Alvarez

## October 19, 1999 - Trial Testimony

People of the State of Michigan v Robert David Schoonover
Michigan, Clinton Township
Macomb County District Court
Case No: CR 99-1081

## October 20, 1999 - Trial Testimony

People of the State of Michigan v Marcolini
Michigan, Detroit
Wayne County Circuit Court

## October 28, 1999 - Trial Testimony

People of the State of Michigan v Willie Simmons
Mt. Clemens, Michigan

## November 2, 1999 - November 5, 1999 -

Nicholas Frontczak, Conservator, behalf of John Joseph Kamieniecki v Shore Crest Lanes & Lounge, Inc.
d/b/a Kleats; Jean's Bar, Inc.; Theodore J. Abraham d/b/a Swinging City Lounge; David Charles Young
and Monty Allen Kirkpatrick
Michigan, Detroit
Wayne County Circuit Court
Case No: 98 826695 NO

## November 5, 1999 - Trial Testimony

People of the State of Michigan v Nathaniel Abraham
Michigan, Pontiac
Oakland County Circuit Court
Case No: 97 63787 FC

## November 5, 1999 - Deposition

Estate of Edward Gerdel, Jr., deceased v Washtenaw County and Gerald D. Lindsay
Colorado, Denver (mediation trial)
State of Colorado Judicial Arbiter Group

## November 9, 1999 - Deposition

Porcia Wilcoxson, Personal Representative of the Estate of Patricia Wilcoxson v Dr. Hills Howard, Jr. and
Forrer, Betts-Howard, P.C.
Michigan, Detroit
Wayne County Circuit Court
Case No: 98 810698 NH

## November 9, 1999 - Trial Testimony

Rantella v Ramsey

## November 9, 1999 - Deposition

18

Porcia Wilcoxson, Personal Representative of the Estate of Patricia Wilcoxson v. Dr. Hills Howard, Jr., and Forrer, Betts-Howard, P.C.
Michigan
State of Michigan in the Circuit Court for the County of Wayne
Case No: 98 810 698 NI

## November 18, 1999 - Trial Testimony

People v Deveraux
South Carolina, Myrtle Beach

## November 16, 1999 - Trial Testimony

People of the State of Michigan v Randall Patrick Kobicki
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 98 2651 FC

## December 6, 1999 - Deposition

Carolyn Van Sickle, PR of the Estate of Janet Van Sickle, and as next of friend of minor children, James Van Sickle and Mark Van Van Sickle v Rey L. Descalso, M.D.; Roy D. Cavalcant, M.D.; Luis M. Pena, M.D.; James F. Zimmer, M.D.; Radiology Consultants, and Adventist Health Systems/ Sunbelt Inc., d/b/a Florida Hospital Heartland Division
Florida
Highlands County Circuit Court
Case No: GC 97 492

## December 7, 1999 - Trial Testimony

People of the State of Michigan v Gary Burns
Pontiac, Michigan
Oakland County Circuit Court
Case No: 871736

## December 8, 1999 - Trial Testimony

People of the State of Michigan v Chester Walendzinski
Marquette, Michigan
Marquette County Circuit Court
Case No: M 99-431 FY

## December 9, 1999 - Trial Testimony

People of the State of Michigan v Lauren Michelle De Santis
Warren, Michigan
Macomb County District Court
Case No: 249829

## December 16, 1999 - Trial Testimony

People of the State of Michigan v Oswald Livin Denys
New Baltimore, Michigan
Macomb County District Court
Case No: C 992351 A

## January 10, 2000 - Deposition

Theodas Moore

**January 11, 2000 - Deposition**

Debra M. MacLeod, Personal Representative of the Estate of Adam Robert Harris, deceased v Debra Hardy; Scott Rask; Karen Morse and Rand Rase
Michigan, Bay City
Bay County Circuit Court
Case No: 96 3247 NO C

**January 18, 2000 - Deposition**

Ann M. Marion, surviving spouse of Dominic Joseph Marion, Jr., on her own behalf and for and on behalf of Anne Elizabeth Marion, Dominic J. Marion, III, Glenn Edward Marion, surviving children of Dominic Joseph Marion, Jr., deceased v Columbia Medical Center, an Arizona corporation; Donor Network of Arizona, an Arizona corporation; Heritage Funeral Chapel, an Arizona corporation; Does I through XXX Arizonia, Phoenix

Superior Court of the State of Arizona in and for the County of Maricopa
Case No: 97 20134

**January 21, 2000 - Deposition**

Derrick Funderberg v City of Detroit and Robert Kane
Michigan, Detroit
Wayne County Circuit Court
Case No: 96 646350 NO

**January 26, 2000 - Deposition**

Van Horn

**January 27, 2000 - Trial Testimony**

Gary Carter

**February 1, 2000 - Deposition**

Estate of David Dowd v City of Southgate
Michigan, Detroit
Wayne County Circuit Court

**February 11, 2000 - Trial Testimony**

People v Bryan Leo Prachar
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 99 2244 FC

**March 1, 2000 - Trial Testimony**

People v Robert George Ahee
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 99 2397 FC

**March 3, 2000 - Deposition**

20

Robert Ellis

**March 9, 2000 - Deposition**

Inge v. Barbara Zaidel
Michigan, Oakland
Oakland County Circuit Court
Case No: 98 11192 NO

**March 13, 2000 - Deposition**

Beatrice Roberts as Personal Representative of The Estate of Beverly Roberts, deceased, and Baby
Roberts, deceased v. Jason Adam Goecke; Merchant of Vino; 7-Eleven; Southland Corporation and J&C
Irvine, Incorporated
Michigan, Oakland
Oakland County Circuit Court
Case No: 95 500355 NS

**March 29, 2000 - Trial Testimony**

People v. Samuel Thomas Lucero
Michigan, Shelby Township
Shelby Township District Circuit Court
Case No: 00 11 FY

**April 4, 2000 - Trial Testimony**

Nathan Callis, etc., et al. v. City of Culver City, et al.
California, Santa Monica
Superior Court of the State of California for the County of Los Angeles
Case No: SC 050393

**April 6, 2000 - Trial Testimony**

People v. Ned Battle
Michigan, Detroit
Wayne County Circuit Court
Case No: 99 7376

**April 10, 2000 - Trial Testimony**

People v. Robert Sampson Prince
Michigan, Mount Clemens
Macomb County District Court
Case No: CR00 270

**April 13, 2000 - Trial Testimony**

People v. Angela Holmes
New York

**April 18, 2000 - Deposition**

Jesse Molina, as Person Representative of Frankie Sierra, deceased, and on behalf of the Estate of
Frankie Sierra, and Rebecca Molina as Mother and Next Friend of Ramon Sierra, a minor v. The Town of
Silver City, New Mexico, The Silver City Police Department, officer Paul Wesson, officer Paul Montes,

officer Sam Rodriguez, Emergency Response Worker Paul Lucero, Emergency Response Worker David Mancha, Emergency Response Worker David Paul, Emergency Response Worker Dan Otero, Emergency Response Worker Fred Selders, Firefighter Ray Muniz, Firefighter Eloy Medina and Firefighter Pete Sanchez
New Mexico
In the United States District Court for the District of New Mexico
Case No: CIV 98 1108 LH JHG

### April 19, 2000- Trial Testimony

People of the State of Ohio v. Thomas E. Craft
Ohio, Wauseon
In the Court of Common Pleas of Fulton County Ohio
Case No: 99CR000047

### April 26, 2000 - Deposition

Gloria Jones as Personal Representative for the Estate of Brandy Illock, deceased v. Hillsdale County Medical Care Facility
Michigan

### April 28, 2000 - Trial Testimony

People v. Robert William Pann
Michigan, Mount Clemens
Macomb County District Court
Case No:00 0206 FY

### April 28, 2000 - Deposition

Bertha Carroll, and Pinkie Taylor, Individually and as Co-Personal Representatives of the Estate of David Lee Carroll, deceased v. Rite Aid of Michigan, Incorporated, and Smith Security Corporation, both Michigan corporations, and Dennis King and Leonard Foster
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 98 625492 NZ

### May 2, 2000 - Trial Testimony

People of the State of South Carolina v. Joseph Mills
South Carolina

### May 4, 2000 - Trial Testimony

People v. Timothy Douglas Hurst
Michigan, Mount Clemens
Macomb County District Court
Case No: CR99 2700

### May 15, 2000 - Trial Testimony

People v. Arthur Jason Young
Michigan, Mount Clemens
Macomb County District Court
Case No: 00 001331

### May 15, 2000 - Deposition

Robert E. Parker, Personal Representative of the Estate of Thomas J. Margellar, Jr., deceased v. Linda Marie Margellar and Robert James Bulger
Michigan, Livingston
State of Michigan in the Circuit Court for the County of Livingston
Case No: 98 16725 NI

### May 17, 2000 - Deposition

Darlene MacDonald, as Administratrix of the Estate of Margaret Allen, deceased v. Sandoz Argo, Inc., Enforcer Products, Inc., and The Produce Barn, Inc.
Commonwealth of Massachusetts
Massachusetts, Boston
Case No: 95 1543

### May 18, 2000 - Deposition

Terry Taft, deceased v. Isabella County Jail
Michigan

### May 24, 2000 - Deposition

Michelle Koch, as Personal Representative of the Estate of Cody Michael Koch, deceased v. Saints Vending, Inc., a Michigan Corporation d/b/a Six Shooters of Saginaw, Salvadore Theodore Hernandez, H. Eric Peter Wendling, Robert Oscar Barrigar, Jr., Brett Nelson Lepla, Thomas Township Police Officers Todd Leslie and Charles Brocker
Michigan, Saginaw
State of Michigan in the Circuit Court for the County of Saginaw
Case No: 99.27173 NO 4

### May 25, 2000 - Trial Testimony

People v. Joel Allen Hopp
Michigan Mount Clemens
Macomb County Circuit Court
Case No: 99 0444 FC

### May 31, 2000 - Deposition

Peggy Gilbertson v. Restaura
Michigan
Case No: 98 25257 NO 4

### June 2, 2000 - Deposition

Katherine Evans, Personal Representative of the Estate of Roger Goodner, deceased v. City of Detroit Police Department, a municipal corporation, and Officer Mark Carson
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 99 904799 NZ

### June 5, 2000 - Trial Testimony

People v. Dwayne Robert Daniel
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 01 0244 MC

**June 6, 2000 - Trial Testimony**

People v. Timothy Joseph Turowski
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 3058 FC

**June 6, 2000 - Deposition**

Eva Crowley, as Personal Representative of the Estate of Jimmi Ruth Ratliff v. The City of Detroit, a municipal corporation; former Chief of Police Isaiah McKinnon; Chief of Police Benjamin Napoleon, Individually and in his official capacity; Commander Chester Logan; Officer's Lawrence Chatfield, Richard Boehnlein, Phillip Rogers, O'Keal (sic), Kerry Petties, Fred Williams, White, Iris Worthington, Randolf, Rudolf Watson, John Doe 1-50, individually and in their official capacities; Sergeant Daniel O'Neill, Thomas Degalin; Training Officer Timothy Dollinger; Lieutenant James Barron, Marvin Winkler; Peter Mattera, Neal Powell, Bridget Meeks, 1300 Lafayette East Cooperative, Inc., a Services, Inc. Michigan
United States District Court Eastern District of Michigan Southern Division
Case No: 98 CV 74882 DT

**June 7, 2000 - Deposition**

H.F. Potelnek, Individually and as Personal Representative of the Estate of William Postelnek, deceased v. Rose Management Properties, Inc., d/b/a Holiday Inn Express, and Ceean Hospitality Corporation Florida
In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida
Case No: 98 8413 (12)

**June 13, 2000 - Deposition**

Patricia Tanton, as Personal Representative of the Estate of Rex Douglas Tanton, deceased v. United States of America
Michigan
United States District Court Eastern District of Michigan Southern Division
Case No: 99 71682

**June 14, 2000 - Trial Testimony**

Zavoda
Michigan, Flint
Genesee County Court

**June 16, 2000 - Trial Testimony**

People v. Oswald Livin Denys
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 99 3368 FC

**June 20, 2000 - Trial Testimony**

People v. Samantha Dolinsky
Ohio

**June 28, 2000 - Deposition**

Karen Butler-Feagin, Personal Representative of the Estate of Lois Butler, deceased v. United States of America

Michigan
In the District Court of the United States for the Eastern District of Michigan Southern Division
Case No: 98 75247

### July 10, 2000 - Trial Testimony

Patricia A. Vickers, Individually and as Representative of the Estate of Susan Vickers, deceased v. Adult Learning Services, a Michigan Non-Profit Organization, Carol DeWinter, Individually and as Director of Adult Learning Systems, Cleave Group Home, Deborah Morgan, Individually and as Manager of Cleave Group Home, Macomb County Department of Social Services-Mental Health Division, a governmental entity, and Greg McBride and Christine Petho, Individually and as employees of above-named defendants
Michigan, Mount Clemens
State of Michigan Circuit Court for the County of Macomb
Case No: 97 1169 NO

### July 11, 2000 - Trial Testimony

People v. Brian Wayne Alexander
Michigan, Mount Clemens
Macomb County District Court
Case No: 00 006528

### July 27, 2000 - Deposition

Alan May, Personal Representative of the Estate of Dustyn West, a deceased minor v. Michigan
Consolidated Gas Company
Michigan, Mount Clemens
State of Michigan in the Circuit Court for the County of Macomb
Case No: 99 1777 NI

### July 31, 2000 - Deposition

Harold E. Resteiner, Next Friend of Randy W. Rose, II, a minor v. Carter Lumber Company, a Michigan Corporation, now named Carter-Jones Companies, Inc., a Michigan Corporation; Barnhill Trading Co., Inc., a Texas Corporation; Universal-Rundle Corporation, a Delaware Corporation; Chung-Cheng Co., Ltd., a Foreign (non-Michigan) Corporation; Sears, Roebuck and Co., a New York Corporation
Michigan, Flint
State of Michigan in the Circuit Court for the County of Genesee
Case No: 96 45752 NP

### August 21, 2000 - Deposition

Margaret Bingham, Individually and as Personal Representative of the Estate of William Bingham, deceased, and Eric Bingham, Individually v. Grand Trunk Western Railroad Company a/k/a CN North America
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 99 916495 NO

### August 30, 2000 - Deposition

Marianna McCarthy, as Personal Representative of the Estate of Douglas T. McCarthy, deceased v. Jerry Robinson, M.D., Lenkala R. Mallaiah, M.D., Mid-Florida Gastroenterology Group, P.A., Orlando Patino-Gamboa, M.D. and Deland Central Physicians Associates, Inc., d/b/a Quick Care Medical Treatment Center
Florida
In the Circuit Court of the Eighteenth Circuit in and for Seminole County, Florida
Case No: 99 CA 1323

25

### September 7, 2000 - Deposition

Estate of Steven Cochran, deceased; By and through his duly appointed Personal Representative, Monica Cochran v. City of Detroit, a Municipal Corporation, S.D.F.O. Bobbie Cunningham, an employee of the City of Detroit, D.F.O. Andre Smith, an employee of the City of Detroit, D.F.O. Kenny Smith, an employee of the City of Detroit, D.F.O. William Hogan, an employee of the City of Detroit Michigan, Detroit
In the Circuit Court for the County of Wayne
Case No: 99 908615 NO

### September 12, 2000 - Deposition

Richard J. Morsehead and Kathleen A. Morsehead, Co-Personal Representatives of the Estate of Richard Graham Morsehead, deceased, and Richard J. Morsehead and Kathleen A. Morsehead, Individually, and Joseph Michael Lelli v. Donald Vern Hokenson, F.H. & L. Development, Inc., a Michigan Corporation and d/b/a Lake Pointe Manor, Sports Den and Rumors Lounge
Michigan, Livingston
In the Circuit Court for the County of Livingston
Case No: 98 16897 NI

### September 13, 2000 - Trial Testimony

People v. Louis Scott
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 99 3931

### September 13, 2000 - Trial Testimony

People v. Robert Sampson Prince
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 1146 FC

### September 18, 2000 - Trial Testimony

Bernard Miles v. Alfred Thomas, Georgia Deck, Isaiah McKinnon and City of Detroit
Michigan
In the District Court of the United States for the Eastern District of Michigan Southern Division
Case No: 96 74570

### September 20, 2000 - Trial Testimony

People v. Wayne Leppiaho
Michigan

### September 21, 2000 - Trial Testimony

People v. Arthur Jason Young
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 2009 FC

### September 25, 2000 - Deposition

Alan A. May, Personal Representative of the Estate of Wanda Cottrell, deceased v. City of Detroit
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne

## October 12, 2000 - Deposition

Joyce F. Hurst, individual, Admistrator of the Estate of Robert L. Hurst, Jr.
v. Northwestern Memorial Hospital, Andrea Baumgartner, M.D., Susan Kirsh, M.D., William Yount, M.D.,
and Joseph Goldstein, M.S.
Illinois
State of Illinois Circuit Court Cook County
Case No: 96 L 09232

## October 18, 2000 - Trial Testimony

Wanda K. Cottrell, deceased
Michigan

## October 18, 2000 - Trial Testimony

Leslie Green, Personal Representative of the Estate of Timothy Dorton, deceased, Leslie Green and
David Dorton, individually v. Stephen Knazik, D.O., and Children's Hospital of Michigan.
Michigan, Detroit
Wayne County Circuit Court
Case No: 98 804549 NH

## October 20, 2000 - Trial Testimony

People v. Samuel Thomas Lucero
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 1089 FC

## October 30, 2000 - Trial Testimony

Al Hashem, Personal Representative of the Esate of Ronnie Hashem, deceased, and Anani Kassem v.
Les Stanford Oldsmobile, Inc., Mohamad Bazzi, Hassan Bazzi, Nagia Abdallah, Shlna, Inc d/b/a Sak's
Party Store, and Huron Entertainment Corporation d/b/a Clutch Cargo's.
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 00 011717 NI

## October 31, 2000 - Trial Testimony

People v. Louis Scott
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 99 3931

## November 8, 2000 - Deposition

Leonard Chevalier, Personal Representative for the Estate of Janet Chevalier, deceased v. Ricardo
Chalela, M.D., et al
Michigan

## November 15, 2000 - Trial Testimony

People v. George Harold Machasic, Jr.
Michigan, Roseville
Macomb County District Court

Case No: 00 011924

**November 29, 2000 - Deposition**

Cindy Dowdy, as Administratrix of the Estate of Michael L. Dowdy, and Cindy Dowdy v. Northern Hospital of Surry County, Blue Ridge Cardiology Jan Kriska, M.D.; Tamas Balogh, M.D.; Adrian Griffin, M.D., and Crossroads Behavioral Healthcare
North Carolina
In the General Court of Justice, Superior Court Division
Case No: 99 CVS 1174

**December 6, 2000 - Trial Testimony**

State of Arkansas v. Gregory R. Larimore
Arkansas
In the Circuit Court of Crittenden County, Criminal Division
Case No: CR 92 873

**December 8, 2000 - Deposition**

Benny Joseph Andres v. United States of America, John Salva, Dominic Baker, Robert Nelson, and other unknown agents of the United States Border Patrol.
California, San Diego
United States District Court, Southern District of California
Case No: 99CV1050 L(JAH)

**December 14, 2000 - Trial Testimony**

DinnelI L. Cartwright, as Personal Representative of the Estate of Terry L. Cartwright, deceased v. John William Daugherty; Ryder Truck Rental, Inc., a Florida corporation; and Midwest Transit, Inc., a foreign corporation
Michigan, Port Huron
State of Michigan in the Circuit Court for the County of Saint Clair
Case No: 99 304 NI

**December 20, 2000 - Deposition**

Estate of Hong Junior Leong, by his Duly Appointed Personal Representative Patricia Anne Leong v. City of Detroit, a Municipal Corporation, and John Borgens, a Police officer in his official and individual capacity. James Pratt, a Police officer in his official and individual capacity
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 99 936624 NO

**December 20, 2000 - Deposition**

Edward Bitz (dec) v. Mercy Memorial Hospital, et al
Michigan

**January 3, 2001 - Trial Testimony**

Warren K. Harrison v. Monumental Life Insurance Company
Michigan, Detroit
United States District Court, Eastern District of Michigan, Southern Division
Case No: 99 70685

**January 10, 2001 - Trial Testimony**

People v. Robert William Pann
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 11355 FC

## January 11, 2001 - Deposition

Dan E. Love, Sr., as Special Administrator of the Estate of Renate Love, deceased v. Thomas Wigboldy,
M.D., et al
Illinois, Chicago
State of Illinois in the Circuit Court of Cook County, Illinois
Case No: 97 L 12083

## January 12, 2001 - Deposition

Estate of Hong Junior Leong, by his Duly Appointed Personal Reprsentative Patricia Anee Leong v. City
of Detroit, a Municipal Corporation, and John Borgens, a Police officer in his official and individual
capacity, James Pratt, a Police officer in his official and individual capacity
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 99 936624 NO

## January 17, 2001 - Trial Testimony

Commonwealth of Pennsylvania v. Jeremy Wayne Witherall
Pennsylvania, Pittsburgh
In the Court of Common Pleas of Allegheny County, Pennsylvania
Case No: CC200001865

## January 18, 2001 - Deposition

Carol L. Heller, deceased
Michigan

## January 19, 2001 - Trial Testimony

People v. Robert William Pann
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 1355 FC

## February 5, 2001 - Deposition

Shannon and Telia Echols, deceased v. City of Detroit, et al.
Michigan

## February 6, 2001 - Trial Testimony

People v. John Paul Baugh
Michigan, Port Huron
31st Judicial Circuit Court
Case No: 00 000242 FC

## February 6, 2001 - Deposition

Estate of Theodore Nelson Laroque III by Nancy Laroque as Personal Representative v. Anthony Goree
and City of Detroit
Michigan, Detroit

State of Michigan in the Circuit Court for the County of Wayne
Case No: 98 833427 NO

### February 28, 2001 - Trial Testimony

Security One Alarm Systems ats Higgins
Windsor
Superior Court

### March 13, 2001 - Deposition

Jack Emery Kozma, deceased v. Nomads, Inc. and Wausau Insurance Companies
Michigan

### March 16, 2001 - Deposition

Sye A. Austin and Mary Ann Decelle Austin, as Co-Personal Representatives of the Estate of Noah
Alexander Logan Austin, deceased v. Les Chateaux of Jacksonville, Inc., a Florida Corporation
Florida
In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida
Case No: 00 012510 CA

### March 19, 2001 - Deposition

Jacquelyn Blanchard, Personal Representative of the Estate of Douglass John Blanchard, deceased, and
Jacquelyn Blanchard v. Family Practice Physicians, P.C., a Michigan Professional Corporation; Paul R.
Gradolph, M.D., P.C., a Michigan professional corporation; Donald Brian Muir, M.D., Mercy Mount
Clemens Corporation, a Delaware non-profit corporation, d/b/a Saint Joseph Mercy Hospital of Macomb,
d/b/a St. Joseph Hospital, a Michigan professional corporation; and Jatinder Sekhon, M.D.
Michigan, Mount Clemens
State of Michigan in the Circuit Court for the County of Macomb
Case No: 00 499 NH

### March 21, 2001 - Deposition

Laurie MacDonald as Personal Representative of the Estate of James Mark MacDonald and Brian Budry
v. Heights Marina
Michigan
State of Michigan in the Circuit Court for the County of Roscommon
Case No: 99 721401 NI
              99 721037 NI

### April 5, 2001 - Trial Testimony

Sye A. Austin and Mary Ann Decelle Austin, as Co-Personal Representatives of the Estate of Noah
Alexander Logan Austin, deceased v. Les Chateaux of Jacksonville, Inc.
Florida
In the Circuit Court, Fourth Judicial District, in and for Duval County, Florida
Case No: 00 01251 CA

### April 10, 2001 - Deposition

Bonnie Keeney, Administratrix of the Estate of Edward J. Nolan v. City of New London
Connecticut
United States District Court, District of Connecticut
Case No: 399CV2096JCH

-67-

### April 16, 2001 - Trial Testimony

Porcia Wilcoxson, Personal Representative of the Estate of Patricia Wilcoxson v. Dr. Hills Howard, Jr. and Forrer, Betts-Howard, P.C.
Michigan, Detroit
State of Michigan in the Circuit for the County of Wayne
Case No: 98 810698 NH

### April 23, 2001 - Deposition

Marilyn Boswell, Personal Representative of the Estate of Vernon Boswell, deceased v. City of Detroit, a municipal Corporation, Medical Technician D. Jordan, Badge No. 554, and Medical Technician Ward, Badge No. 509
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 00 027777 NO

### April 26, 2001 - Trial Testimony

People v. Wyman Patterson, Jr.
Michigan, Warren
District Court
Case No: 254358

### May 2, 2001 - Deposition

Ernest Carmack, deceased
Michigan

### May 11, 2001 - Trial Testimony

People v. Brian Wayne Alexander
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 006528

### May 14, 2001 - Trial Testimony

People v. Walter Dye
Indiana, Indianapolis

### May 15, 2001 - Trial Testimony

Harold Bowen, Personal Representative of the Estate of Matthew Alan Bowen, deceased v. Christopher Lynn Bone Jablon Enterprises, Inc., doing business as J.T. Thornberry's Spider Trap Inn, and Supermart, Inc.
Michigan, Flint
State of Michigan in the Circuit Court for the County of Genesee
Case No: 98 62998NI

### May 16, 2001 - Trial Testimony

Alvarez v. Morse Diesel and Montgomery Kone
New York

### May 18, 2001 - Trial Testimony

31

Estate of Richard Eugene Brzak v. Allstate Insurance Company
Michigan
State of Michigan in the Circuit Court for the County of Gratiot
Case No: 00 06202 NI

### May 24, 2001 - Deposition

Karen Gruici, Personal Representative for the Estate of Daniel Gruici, deceased v. Ryan Medical
Associates, P.C. a/k/a tri-county physicians, P.C., Oakland Medical Group, P.C., Michael Berkovic, D.O.,
Jeffrey Kraft, D.O., and Oakland General Hospital a/k/a North Oakland Medical Center, a Michigan
Hospital Corporation
Michigan
State of Michigan in the Circuit Court for the County of Oakland
Case No: 99 014564 NH

### May 29, 2001 - Deposition

William Conner, Personal Representative of the Estate of Mabel K. Connor, and Cynthia Coolbaugh,
Personal Representative of the Estate of Mary Ellen Comford v. Halifax Hospital Medical Center, Hospice
of Volusia/Flagler County, Halifax Medical Center Foundation, Inc.; Stephen J. Nelson, M.A., M.D.,
F.C.A.P., Deborah Harley, Lisa Wycuff, Cecelia Stevens
Florida, Orlando
United States District Court, Middle District of Florida
Case No: 99 1599 CIV ORL 22C

### May 30, 2001 - Deposition

Veronica Rembert, Personal Representative of Jason Anthony Smith, deceased v. County of Wayne,
Officer Gracie Gladney, Officer Marsha Tate
Michigan
State of Michigan in the Circuit Court for the County of Wayne
Case No: 00 000005 NZ

### June 5, 2001 - Trial Testimony

People v. Dwayne Robert Daniel
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 01 0244 MC

### June 6, 2001 - Trial Testimony

People v. Timothy Joseph Turowski
Michigan, Mount Clemens
Macomb County Circuit Court
Case No: 00 3058 FC

### June 14, 2001 - Deposition

Dell Liebreich, Personal Representative of the Estate of Lisa McPherson v. Church of Scientology Flag
Service Oraganization; Janis Johnson, Alain Kartuzinski and David Houghton, D.D.S.
Florida
In the Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division
Case No: 00 5682 CI 11

### June 15, 2001 - Deposition

-69-

Dell Liebreich, Personal Representative of the Estate of Lisa McPherson v. Church of Scientology Flag Service Oraganization; Janis Johnson, Alain Kartuzinski and David Houghton, D.D.S.
Florida
In the Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division
Case No: 00 5682 CI 11

### June 19, 2001 - Trial Testimony

People v. Wyman Patterson, Jr.
Michigan, Warren
Macomb County District Court
Case No: 254358

### June 19, 2001 - Trial Testimony

People v. James Butina
Michigan, Mount Clemens
Macomb County Court House
Case No: 5008

### June 20, 2001 - Deposition

Richar St. Cyr, Personal Representative of the Estate of Jerome St. Cyr, deceased, and Rodney E. Havard v. Peter T. Zeiher, Illinois State Toll Highway Authority, an Instrument Agency of the State of Illinois, and Waukegan Yacht Club, Inc
Illinois
In the Circuit Court of Cook County, Illinois, County Department - Law Division
Case No: 98 L 886
Consolidated with 98 L 824

### June 21, 2001 - Deposition

Celestine Barthwell, Personal Representative of the Estate of Leonard Barthwell, deceased v. Henry Ford Mercy Health Network, d/b/a Mercy Hospital, Detroit, Michigan
Michigan, Detroit
State of Michigan in the Circuit Court for the County of Wayne
Case No: 00 028143 NO

### June 25, 2001 - Deposition

Kenya Wilson, Personal Representative for the Estate of Alvin Wilson, Jr., deceased v. Genesee County, Genesee County Sheriff Department, Genesee County Sheriff Robert J. Pickell, Genesse County Deputy Tina Bardwell, City of Flint, City of Flint Police Department, Chief of Police Trevor Hampton, Sgt. L. Edwards, Officer Keith Roberts, Officer Alfred Fowlkes, and Officer John Smith
Michigan
Case No: 00 73637

### July 10, 2001 - Deposition

Cynthia A. McLintock, et al v. Michael Morin, et al
Michigan
State of Michigan in the 19th Judicial Circuit Court
Case No: 00 9771 NO

### July 11, 2001 - Trial Testimony

People v. Louis Sock
Michigan

**August 7, 2001 - Deposition**

Naomi Williams, Personal Representative of the Estate of Tonya Hicks v. Fairview Radiology, Frank M. Fayz, M.D., Clifford Kavendar, CT Technologist, Dr. Robin Jason, Marie Doe, Chief Technologist at Fairview Radiology
Michigan
State of Michigan in the Circuit Court for the County of Wayne
Case No: 00 011011 NH

**August 9, 2001 - Deposition**

State of Florida v. Ralf Panitz
Florida
State of Florida in the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, Florida
Case No: 00 10578 CF

**August 14, 2001 - Deposition**

Willie Smith, Personal Representative of the Estate of Kelly Snider Smith, deceased v. Dr. Frank Schell, Dr. Catherine Loniewski, Dr. West Depew, Dr. Arya Moti, Berth Mae Johnson, Botsford General Hospital, a Michigan Non-Profit Corporation
Michigan
State of Michigan in the Circuit Court for the County of Wayne
Case No: 00 039336 NH

**August 16, 2001 - Deposistion**

Karlene S. Harbour, Personal Representative of the Estate of Kevin Daniel Harbour, deceased v. Correction Medical Services Incorporated, a Missouri Corporation, a/k/a Correctional Medical Systems, Incorporated
Michigan
State of Michigan in the Circuit Court for the County of Macomb
Case No: 00 3451 NH

**August 22 & 23, 2001 - Trial Testimony**

People v. Jeremy Pratt
Michigan
Macomb County Circuit Court

**August 28, 2001 - Deposition**

Judy Wood, Individually and Judy Wood, Personal Representative of the Estate of Bruce McCloud v. Troy Group Home, a Michigan corporation, and Human Services, Inc., a Michigan corporation
Michigan
State of Michigan in the Circuit Court for the County of Wayne
Case No: 00 031787 NM
**August 30, 2001 - Deposition**

Magdalini Tsaganis, Personal Representative of the Estate of Christos Tsaganis, deceased v. St. John Hospital
Case No: 00 030858 NH
**September 19, 2001 - Trial Testimony**

Jason Stevens v. WTF, Inc. d/b/a JJ Shaker's and/or JJ Shaker's, and Celeste Maureen Hamp and WTF, Inc. d/b/a JJ Shaker's and/or JJ Shaker's v. Celeste Maureen Hamp
Michigan

34

State of Michigan in the Circuit Court for the County of Genesee
Case No: 00 67870 NS

## October 22, 2001 - Deposition

Karen Marie Nylund, Personal Representative for the Estate of Donald Charles Nylund v. Lynn Thomas
Baese, Karyn Mitchelson and Michael Mitchelson
Michigan
State of Michigan in the Circuit Court for the County of Roscommon
Case No: 00 721569 NO

## November 15, 2001 - Deposition

Lisa LaMay, Personal Representative of the Estate of Lena Catherine LaMay, deceased and Lisa LaMay,
Individually v. Board of Hospital Managers for the City of Flint, d/b/a Hurley Medical Center
Michigan
State of Michigan in the Circuit Court for the County of Genesee
Case No: 99 NH

## December 6, 2001 - Trial Testimony

People v. Wyman Patterson, Jr.
Michigan
Macomb County Circuit Court
Case No: 01 2222 FC

## December 11, 2001 - Deposition

Steven R. Parks, Jamie Woodson, and Jonathon Pauley v. Royal Oak Police Officers Donald O'Donohue,
John Tobin, Officers Scher, Swiatkowski, Anetta, Frazier; Royal Oak Police Department Chief of Police,
Melvin Johnson, John Doe Officers, and The City of Royal Oak
Michigan
In the District Court of the United States for the Eastern District of Michigan Southern Division
Case No: 00 71636

## January 3, 2002 - Trial Testimony

Smith v. City of Detroit

## January 7, 2002 - Deposition

Joseph Ziurinskas v. Genesse Painting Company & The Accident Fund Company

## January 10, 2002 - Deposition

Patricia Timmons, Personal Representative of the Estate of Michael John Timmons II v. Leslie Cassandra
Stephens and Taylor Lanes, Inc., a Michigan corporation
Michigan
State of Michigan Wayne County Circuit Court
Case No: 00 040224 NI

## January 23, 2002 - Deposition

People v. James William Aussicker
Michigan
Macomb County
Case No: 256763

### January 28, 2002 - Deposition

Deborah A. Jardine, Individually and John B. Jardine, III, Individually and as Personal Representative of the Estate of John B. Jardine, IV, deceased, for and on behalf of John B. Jardine, III and Deborah Jardine, surviving parents of John B. Jardine, IV v. City of Tempe, a public entity, et al
Arizona
In the Superior Court of the State of Arizona in and for the County of Maricopa
Case No: CV 99 20660

### February 11, 2002 - Trial Testimony

People v. Mark Stephan
Michigan
Wayne County Circuit Court
Case No: 01006558

### February 13, 2002 - Deposition

Gladys Powell, Personal Representative of the Estate of Larry Powell, deceased v. Wyandotte Hospital and Medical Center, d/b/a Henry Ford Wyandotte Hospital
Michigan
State of Michigan in the Circuit Court for the County of Wayne
Case No: 01 107166 NH

### February 15, 2002 - Deposition

Vicky E. Carpenter, Personal Representative of the Estate of Spencer Sheldon Butz, deceased v. Bertram Garvin Meyers
Michigan
State of Michigan in the Circuit Court for the County of Wayne
Case No: 01 237 NI

### February 22, 2002 - Deposition

Teresa Cleland, Personal Representative of the Estate of Brian Stewart, deceased v. Mt. Clemens General Hospital and Dr. Lynn Oztaly D.O.
Michigan
State of Michigan in the Circuit Court for the County of Macomb
### February 26, 2002 - Deposition

Sandra Kay Van Doren, Personal Representative of the Estate of James Van Doren, deceased, and Sandra Kay Van Doren, Individually v. Melroe Company, a corporation; Clark Equipment Company, a Delaware corporation, d/b/a Melroe Company; and Ingersoll-Rand Corporation, a New Jersey corporation; and Mid-Michigan Machinery, Inc., a Washington corporation
Washington
In the Superior Court of the State of Washington in and for the County of Spokane
Case No: 00 205460 7

### February 28, 2002 - Trial Testimony

People v. Zef Mark Micakaj
Michigan
Macomb County District Court
Case No: 01 63624

### March 19, 2002 - Trial Testimony

People v. Ralf Panitz

Florida
Twelfth Judicial Circuit Court in the County of Sarasota
Case No: 0010578 CF

### March 28, 2002 - Deposition

Michael Lewis v. Holland
Ohio
Lucas County Court of Common Pleas
Case No: CI 200102893

### April 16, 2002 - Deposition

Finley v. May Department Stores, et al
Michigan
Wayne County Circuit Court
Case No: 00 020924 NI

### April 23, 2002 - Trial Testimony

People v. Christopher M. Christy
Michigan
Macomb County
Case No: 021752

### May 3, 2002 - Trial Testimony

People v. Robert Gerard Marsh, II
Michigan
Macomb County
Case No: CLTP 02-893

### May 7, 2002 - Deposition

Estate of Douglas Sayre v. Detroit Edison
Michigan
In the Circuit Court for the County of Oakland

### May 9, 2002 - Deposition

Donald Descenza v. Ritz Carlton
Michigan

### May 14, 2002 - Trial Testimony

People v. Michael Joseph McKay
Michigan
Macomb County
Case No: 02 301 FV

### May 15, 2002 - Deposition

Yvonne Sobczak, Deceased v. Dr. Vicky Savas and William Beaumont Hospital
Michigan
Circuit Court for the County of Oakland
Case No: 00 020593 NH

### May 16, 2002 - Trial Testimony

-74-

People v. Fusik
Ohio
In the Court of Common Pleas, Athens County
Case No: 01CR039

### May 20, 2002 - Deposition

John Michael Lezotte v. Douglas Frank Guinn, Kay A. Waack, and Thunderbowl Entertainment, Inc.,
d/b/a Thunderbowl Lanes
Michigan
In the Circuit Court for the County of Wayne
Case No: 01 108360 NI

### May 22, 2002 - Deposition

Mary Sexton, Personal Representative of the Estate of John G. Schweigel, Deceased v. State of
Michigan Transportation, et al
Michigan
In the Circuit Court for the County of Wayne
Case No: 99 939733 NI

### May 29, 2002 - Trial Testimony

People v. Peter Onofrio Cilluffo
Michigan
Macomb County
Case No: 01 3162 FY

### June 7, 2002 - Trial Testimony

Watts v. Essian, et al
Michigan
Macomb County Circuit Court

### June 11, 2002 - Deposition

Patton v. Stewart
Michigan
Macomb County
Case No: 00 032378 NO

### June 13, 2002 - Deposition

Estate of Rex Tanton v. U.S.A.
Michigan
United States District Court
Case No: 99 71682

### July 18, 2002 - Trial Testimony

Stanchik v. George, M.D.
Michigan
Wayne County Circuit Court
Case No: 00 018399 NH

38

### July 19, 2002 - Trial Testimony

People v. Christopher D. Schnorr
Michigan
Macomb County Circuit Court
Case No: 01 2243 FC

### August 12, 2002 - Trial Testimony

Michael Lewis v. Holland
Ohio
Lucas County Court of Common Pleas
Case No: CI 200102893

### August 14, 2002 - Deposition

Brennecke v. San Diego Community College District
California
In the Superior Court of the State of California
Case No: GIC 774632

### September 20, 2002 - Trial Testimony

People v. James William Aussicker
Michigan
Macomb County
Case No: 256763

### October 1, 2002 - Trial Testimony

People.y. Brian Smith
Michigan
Macomb County Circuit Court

### October 9, 2002 - Trial Testimony

People v. Michael Donald Teed
Michigan
Macomb County District Court

### October 17, 2002 - Trial Testimony

People v. Diane Williams
Michigan
Macomb County District Court

### January 3, 2003 - Trial Testimony

People v. Eric C. Speights, Sr.
Michigan
Macomb County District Court
Case No: 02 5133

### January 6, 2002 - Deposition

Fletcher/Scott v Sparrow Hospital

39

Michigan

**January 14, 2003 - Trial Testimony**

People v Ronald Schickle
Illinois

**January 17, 2003 - Trial Testimony**

Rosario
New Jersey

**January 21, 2002 - Deposition**

Violet Richardson PR for Willie Johnson
Michigan
US District Court

**January 29, 2002 - Trial Testimony**

Violet Richardson PR for Willie Johnson
Michigan
US District Court

**February 20, 2002 - Trial Testimony**

People v Robert Vieu
Michigan, Cheyboygan

**February 29, 2002 - Deposition**

Bannin v. ACTS Retirement-Life Communities, Inc., d/b/a Indian River Estates
Florida, Fort Lauderdale

**March 3, 2003 - Deposition**

Dreslinski
Michigan, Mt. Clemens
Macomb County Circuit Court

**March 5, 2003 - Deposition**

Terrance
Michigan

**March 11, 2003 - Deposition**

Kinney
Michigan

**March 12, 2003 - Deposition**

Lewis v USA
Michigan
US District Court

**March 26, 2003 - Trial Testimony**

Lewis v USA ·

-77-

40

Michigan
US District Court

**April 7, 2003 - Trial Testimony**

People v. David Lee Bean
Michigan
Macomb County District Court
Case No: 03 0424

**April 10, 2003 - Trial Testimony**

Kelly Snyder Smith
Michigan, Detroit
U.S. District Court

**April 22, 2003 - Deposition**

Poole
Michigan, Detroit

**April 23, 2003 - Trial Testimony**

People v Diane Williams
Michigan, Mt. Clemens
Macomb County Circuit Court

**April 24, 2003 - Trial Testimony**

People v Betch
Michigan, Mt. Clemens
Macomb County Circuit Court

**April 28, 2003 - Deposition**

Nowicki v Johnston
Michigan, Alpena
**April 30, 2003 - Trial Testimony**

People v Nash
Michigan, Romeo
Macomb County District Court

**May 7, 2003 - Deposition**

Richard E. Herrmann and Carol Snively v Dave Matthews and Fraternal Order of Eagles AERIE # 2462,
d/b/a The Eagle
Michigan, Charlevoix
Case No: 02-1239-19 NI

**May 12, 2003 - Deposition**

Vernieri v Otheguy, et al

**May 15, 2003 - Deposition**

Thomas v Oakland County
Michigan, Pontiac

41

**May 19, 2003 - Deposition**

Brown v City of Champaign

**May 20, 2003 - Deposition**

Lawrence Peters, deceased v Brian Gray
Michigan

**June 12, 2003 - Deposition**

Morgan v King County
Washington,

**June 17, 2003 - Deposition**

Ann Marie Montini v Dr. Baker, et al
Michigan, Flint
Genesse County Circuit Court

**June 19, 2003 - Deposition**

Nate Harper v Derrick Mathis and City of Detroit
Michigan, Detroit
Wayne County Circuit Court

**June 20, 2003 - Deposition**

People v Jacob Allen
Ohio, Cleveland

**July 1, 2003 - Deposition**

Swamba (Stark, deceased)
Michigan
**July 9, 2003 - Trial Testimony**

Dreslinski
Michigan, Mt. Clemens
Macomb County Circuit Court

**July 10, 2003 - Deposition**

Naomi Lomax v Blake Medical Center
Florida, Tampa

**July 15, 2003 - Deposition**

Sarah Franklin, deceased
Michigan, Detroit
Wayne County Circuit Court

**July 28, 2003 - Deposition**

Hindbaugh
Michigan

-79-

42

**July 31, 2003 - Deposition**

Renee Tribert Williams v BMW
Connecticut
Superior Court
Docket No: X07-CV01-0077701S

**August 1, 2003 - Deposition**

People v Theodore Georgekopoulous
Ohio, Akron

**August 1, 2003 - Trial Testimony**

Grable
Michigan, Detroit
Wayne County Circuit Court

**August 6, 2003 - Deposition**

People v Feckler
Ohio, Cleveland

**August 18, 2003 - Deposition**

Allen/Gateway/Jackson v Salvation Army, et al
Illinois, Chicago

**August 20, 2003 - Trial Testimony**

People v Sequoia Kennedy
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 03-1284 FC
**August 25, 2003 - Trial Testimony**

Lowery v City of Portland
Oregon, Portland

**September 9, 2003 - Deposition**

Estate of Sarkie Krikorian by and through Sally Ann Krikorian v Coral Reef Nursing and Rehabilitation
Center, LLC, Steve Hicks, Stephen Claiborn, George Whisman, Paula Stuart, C. Stokes McConnell,
DHS/Diversified Health Services, Inc. (as Coral Reef Nursing and Rehabilitation Center)
Florida, Miami
Circuit Court of the Eleventh Judicial Circuit for Miami-Dade County, Florida
Case No: 01-23870 CA 09

**September 9, 2003 - Trial Testimony**

Estate of Christopher Moreland, deceased by Gary Moreland and Linda Tuttle v Joseph Speybroeck,
County of St. Joseph, et al
Indiana, US District Court for the Northern District of Indiana, South Bend Division
Case No: 3:99cv0607AS

**September 19, 2003 - Trial Testimony**

Karlene Harbour, PR for Estate of Kevin Harbour, deceased v Correctional Medical Services, Inc., a
Missouri Corporation a/k/a Correctional Medical Systems, Inc.

43

Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 000-3451 NI

### September 24, 2003 - Trial Testimony

Carol Marsall, PR for Estate of Damon Ivan Lowery v City of Portland
Oregon, Portland
US District Court, District of Oregon
Case No: CV 01 1014 ST

### September 30, 2003 - Deposition

Deborah Levinsky, Individually and as Personal Representative of the Estate of Sara Lazarowicz,
Individually v Catholic Helthcare West, A Foreign Corporation, d/b/a Barrow Neurological Institute, and St.
Joseph's Hospital and Medical Center
Arizona
In the Superior Court for the State of Arizona in and for the County of Maricopa
Case No: CV 2001-022036

### October 1, 2003 - Trial Testimony

People v Pierre Lamar McCall
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 03-0897 FC

### October 1, 2003 - Deposition

Morden v Univertical
Michigan
### October 2, 2003 - Trial Testimony

People v Susan Swanson
Michigan, Lansing

### October 6, 2003 - Deposition

Stark
Michigan

### October 15, 2003 - Deposition

Bingham v Toyota
Florida

### October 17, 2003 - Trial Testimony

Regina v Lemaitre
Canada, Toronto

### October 22, 2003 - Deposition

Reddick

### October 29, 2003 - Trial Testimony

People v Jeffrey Messina and Quincey Johnson

Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 02-3176 FC

### November 4, 2003 - Deposition

Wilson v Unified School District

### November 5, 2003 - Deposition

Karen Sykes
Michigan

### November 20, 2003 - Trial Testimony

People v Peter Onofrio Cilluffo
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 02-2759 FH

### November 21, 2003 - Trial Testimony

People v William Erwin Minnie
Michigan, Mt. Clemens
Macomb County Circuit Court
Case No: 03-0187 FC

### December 8, 2003 - Trial Testimony

Fort Meyers
### December 15, 2003 - Deposition

Estate of Delores Harris, deceased, Bernard Harris, Personal Representative v St. John Health System
Detroit Riverview Hospital
Michigan
In the Circuit Court for the County of Wayne
Civil Action No: 02-204247

### December 17, 2003 - Deposition

Bryan Eckley, as Personal Representative of the Estate of Susan Sander and David Sander, deceased v
Iasis Healthcare Corporation and Memorial Hospital of Tampa, L.P., a Delaware Corporation, d/b/a
Memorial Hospital of Tampa, Ashit K. Vijapura, M.D. and Ashit K. Vijapura, M.D., P.A.
Florida
In the Circuit Court of the Thirteenth Judicial Circuit
Case No: 02 067 40 (B)

### January 5, 2004 - Trial Testimony

Sherwood v City of Williamsport, et al
Pennsylvania
In the United States District Court for the Middle District of Pennsylvania
Civil Action No: 4: 02-CV-736

### January 12, 2004 - Deposition

Dorothy Gibbons, Personal Representative of the Estate of Helen C. Williamson, deceased v Henry Ford
Health System

-82-

P 83-01
Michigan
In the Circuit Court for the County of Wayne
Case No: 02 231305 NH

### January 15, 2004 - Trial Testimony

People v David Lee Bean
Michigan
Macomb County Circuit Court
Case No: 03 1109 FH

### January 19, 2004 - Deposition

John Ragusa v Modh, M.D., et al

### January 26, 2004 - Deposition

James Frantzen, deceased
Mac 165-02
Michigan
Case No: 03 2236 NH

### January 28, 2004 - Trial Testimony

People v Samer Hassan Fawaz
People v Bashar Jamil Farraj
Michigan
Sterling Heights District Court
Case No: 03 014231

### January 29, 2004 - Deposition

Walter Paxton, Personal Representative of the Estate of Frances Paxton, deceased v The Board of
Hospital Managers for the City of Flint, a Municipal Corporation d/b/a/ Hurley Medical Center
Michigan
In the Circuit Court for the County of Genesee
Case No: 02 74468 NH

### February 5, 2004 - Deposition

Donna Sherwood, Individually and as Executrix of the Estate of Charles Sherwood v City of Williamsport
Pennsylvania
United States District Court
Case No: 4 : 02-CV 736

### February 18, 2004 - Trial Testimony

McIntire v City of Boulder
Colorado
In the United States District Court
Case No: 98 S 1368

### February 20, 2004 - Trial Testimony

People v Jeffrey John Messina
Michigan
Macomb County Circuit Court

46

Case No: 02 3176 FC

**February 24, 2004 - Trial Testimony**

People v Derek James Nash
Michigan
Macomb County Circuit Court
Case No: 03 1349 FH

**February 27, 2004 - Trial Testimony**

U.S.A. v LeCroy, William Jr.
Georgia
In the United States District Court for the Northern District of Georgia
Case No: 2 : 02 CR 38 RWS

**March 1, 2004 - Deposition**

Tito J. Velez v Paddock Lounge, Inc., doing business as Paddock Lounge, Jesse Flores and Jesse
Castillo
Michigan
In the Circuit Court for the County of Saginaw
Case No: 00 34726 NS 4

**March 12, 2004 - Deposition**

Leslie Brown, Individually and on behalf of the Estate of Latasha Bush v Daystar Residential, Inc. and
Behavior Training Research Inc.
Texas
In the District Court of Brazoria County, Texas 149th Judicial District

**March 16, 2004 - Trial Testimony**

Vernieri v Otherguy
Florida

**March 23, 2004 - Deposition**

Fischer

**April 2, 2004 - Deposition**

Blue v WakeMed

**April 5, 2004 - Trial Testimony**

People v Richard Tuite
California
In the United States District Court for the Southern District of California
Case No: 99 CV 0241 R (RRB)

**April 13, 2004 - Trial Testimony**

People v Towanda Cherise Wright
Michigan
Macomb County District Court

Case No: 04 0319 MC

### April 14, 2004 - Trial Testimony

People v Anthony Sturm
Michigan
Macomb County Circuit Court
Case No: 036 2544 FC

### April 28, 2004 - Deposition

Frank Tegel
P 27-03
Michigan
State of Michigan Judicial District 3rd Judicial Circuit Arbitration
Case No: 03 327980 NI

### April 29, 2004 - Deposition

Pittman/Orr v Huron-Clinton Metropolitan Authority
Michigan
In the Circuit Court of Wayne
Case No: 02 223784 NO

### May 4, 2004 - Deposition

Waniki Smith v Childrens Hospital, et al.
Michigan
In the Circuit Court for the County of Wayne
Case No: 03 301033 NH

### May 11, 2004 - Deposition

Poles, et al v City of Hazel Part, et al
Michigan
In the District Court of the United States for the Eastern District of Michigan Southern Division
Case No: 02 74458

### May 12, 2004 - Deposition

Willie Lee Burks
Ohio
In the Court of Common Pleas
Case No: 497042

### May 13, 2004 - Deposition

Patricia Miller, as Personal Representative of the Estate of William Miller, deceased, Patricia Miller,
Individually v Botsford Hospital
P 117-98
Michigan
In the Circuit Court for the County of Oakland
Case No: 03 046871 NH

### May 17, 2004 - Trial Testimony

Joan Mott, deceased
Mac 63-01
Michigan

48

**May 18, 2004 - Deposition**

Frantzen
MAC 165-02
Case No: 03 2236 NH

**May 24, 2004 - Deposition**

Kelly S. Castillo, Individually and as Personal Representative of the Estate of her husband, Evaristo
Ledesma Castillo, deceased v Exclusive Builders, Inc.
Michigan
In the Circuit Court for the County of St. Clair
Case No: K 02 001540 NO

**June 9, 2004 - Trial Testimony**

People v Frederick A. Baki
Michigan
Macomb County Circuit Court
Case No: 03 2227 FC
**June 22, 2004 - Deposition**

Sandra Morgan and Jerry Bledsoe v Jefferson County
Washington
United States District Court for the Western District of Washington
Case No: CV03 5002JRB

**June 24, 2004 - Deposition**

Alan Niedermeyer, Administrator of the Estate of Jodi A. Niedermeyer, Deceased, and Jennifer A.
Niedermeyer v Plainfield Trucking, Inc., a Wisconsin Corporation, and Timothy A. Challoner
Illinois
In the Circuit Court of the 19th Judicial Circuit
Case No: 99 LA 31

**June 28, 2004 - Deposition**

Virginia Sudia, as Personal Representative of the Estate of Thomas Sudia, deceased v Lapeer Regional
Hospital
Michigan
In the Circuit Court for the County of Lapeer
Case No: 02 031709 NH

**July 1, 2004 - Deposition**

Anthony Love and Virgene Love, Individually and as Husband and Wife v Arthur Delrico-Westley Taylor
and Ryder Truck Rental Inc.
Michigan
In the Circuit Court for the County of Macomb
Case No: 03 2094 NI

**July 27, 2004 - Deposition**

Estate of Barry Craig Wynsma v West Bank Restaurant & Lounge
Michigan
In the Circuit Court for the County of Kent
Case No: 02 09050 NO

49

**July 28, 2004 - Trial Testimony**

Ppl v Wood, Bryan
Michigan
Wayne County Circuit Court
Case No: 5149

**August 5, 2004 - Deposition**

Joan Kranak, deceased
Mac 22-01
Michigan
The State of Michigan Judicial District Judicial Circuit and County Probate
Case No: 03 4402 NH

**August 9, 2004 - Trial Testimony**

People v William Thomas Blevins III
**August 11, 2004 - Deposition**

Donna Barnard, Next of Kin and Personal Representative of the Estate of Mary Catherine Flanagan,
deceased v Peak Medical Oklahoma No. Inc. d/b/a South Park Health Care Center, Peak Medical
Corporation, and South Park Health Care Center Inc.
Oklahoma
In the District Court of Oklahoma County

**August 12, 2004 - Trial Testimony**

Ppl v Jason David Freeman
Michigan
32nd Circuit Court for the County of Gogebic
Case No: G 04-98 FC

**August 18, 2004 - Trial Testimony**

Ppl v Muras
Illinois
In the Circuit Court of Cook County
Case No: 01 CR 20130

**August 20, 2004 - Deposition**

Sylvester Jackson v McDonald, Kevin R.
Michigan
In the Circuit Court for the County of Wayne
Case No: 03 305939 NH

**August 27, 2004 - Trial Testimony**

Michaud (Kelly Ann Simpson, Personal Representative) v Diane Bobcean, Luciano's Family Restaurant
Michigan
In the Circuit Court for the County of Macomb
Case No: 02 5306 NI

**September 9, 2004 - Deposition**

Charlene Bobb, Personal Representative of the Estate of Darrell Dante Bobb, Deceased v City of Inkster:

Police Officers Jeffrey Twardzik and Phillip Randazzo, Jointly and Severally
Michigan
United States District Court Eastern District of Michigan Southern Division
Case No: 03-70223

### September 27, 2004 - Deposition

Duffield v Shiloh Treatment Center
Texas
District Court of Brazoria County, Texas
Case No: 23050*PS03

### October 1, 2004 - Deposition

Vincent v Wilson
Michigan
In the Circuit Court for the County of Wayne
Case No: 04 401 485 NO

### October 27, 2004 - Trial Testimony

People v Microslaw Muras
Illinois

### November 9, 2004 - Trial Testimony

People v Rudy Altobelli
Michigan
Macomb County District Court
Case No: 04 007837

### November 18, 2004 - Deposition

Ewell/Alexander v Triumph Hospital Baytown
Texas
269th Judicial District Court, Harris County
Cause No: 2003-30791

### January 5, 2005 - Deposition

Montgomery/Mancill v Imani Residential Services, Inc.
Michigan
In the Circuit Court for the County of Wayne
Case No: 02 306841 NI

### January 6, 2005 - Deposition

Estate of Sandra Kay Turkaly v Exxonmobil Corporation
Michigan
In the Circuit Court for the County of Wayne
Case No: 03 304345 NI

### January 11, 2005 - Deposition

Michael Arnold and Linda Julius, in their own right and as Personal representatives of the Estate of
Christopher Arnold, Deceased v City of York, et al
Pennsylvania
In the United States District Court for the Middle District of Pennsylvania
Case No: 4: 03-CV-1352

**January 13-14, 2005 - Trial Testimony**

People v Wilbert Rideau

**January 18, 2005 - Trial Testimony**

People v James Allen Foster
Michigan
In the Circuit Court for the County of Wayne

**January 20, 2005 - Deposition**

Barksdale, Donald, deceased
Michigan
**January 26, 2005 - Trial Testimony**

Kelly S. Castillo, Individually and as Personal Representative of the Estate of her husband, Evaristo
Ledesma Castillo, Deceased v Exclusive Builders, Inc., a Michigan Corporation; Autumn Roofing Corp., a
Michigan Corporation; Comfort-Temp Heating and Cooling, Inc., a Michigan corporation; Universal Wall
Systems, Inc., a Michigan Corporation; A.R.E Properties, L.L.C., a Michigan limited liability corporation;
Lake St. Clair Plastics Corp., a Michigan corporation; Two Shot Manufacturing, a Michigan corporation;
Mark R. Gilewski; and Les A. Gilewski
Michigan
In the Circuit Court for the County of St. Clair
Case No: K-02-001540-NC

**February 16, 2005 - Deposition**

McKinney v Officer Duplain, et al
Michigan
In the United States District Court for the Southern District of Indiana Indianapolis Division
Case No: 1:04 - CV - 0294 RLY-TAB

**February 18, 2005 - Deposition**

Knudsen, Joan v McPherson Hospital
Michigan
In the Circuit Court for the County of Livingston
Case No: 03 20047-NH

**February 22, 2005 - Trial Testimony**

Brown v Hearns

**February 28, 2005 - Trial Testimony**

State of Kansas v William D. Albright
Kansas
In the Supreme Court of the State of Kansas
Docket No: 99-84029-S

**March 3, 2005 - Deposition**

Douglas v Harbor Place
Florida
In the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida
Case No: 05-2001-CA-008987

52

### March 8, 2005 - Deposition

David F. Lafave and Merry A. Rosenberg v Kelly Joe Delia and Jesscot Wayside, INC., d/b/a Wayside Inn
Michigan
In the Circuit Court for the County of Oceana
Case No: 04-4314-NI

### March 10, 2005 - Deposition

Merle Hagerman, Personal Representative of the Estate of Winifred Hagerman, Deceased v Heritage
community of Kalamazoo, a Michigan corporation, Harold and Grace Upjohn Community Care Center, a
Michigan corporation, Dave Hicks, and M.C. Healthcare Products, Inc., a foreign corporation
Michigan
In the Circuit Court for the County of Kalamazoo
Case No: A03-00321-NO

### March 14, 2005 - Trial Testimony

Jardine v City of Tempe
Arizona
In the Superior Court of the State of Arizona in and for the County of Maricopa
Case No: CV 99-20660

### March 18, 2005 - Deposition

Estella Raeissi, Personal Representative of the Estate of Ali Raeissi, deceased v St. John Hospital and
Medical Center, St. John Health System, Ali Kafi, M.D. and Robert M. Cleary, Jr., M.D. Jointly and
Severally
Michigan
In the Circuit Court for the County of Wayne
Case No: 02-200619-NH

### March 21, 2005 - Trial Testimony

Ppl. v Atherton, Sean A.
Canada
Ontario Court of Justice

### March 25, 2005 - Deposition

Sharon Bittner, William Bittner and Andrew Bittner v General Motors Corporation and Larry Chapman
Motor Sales, L.P.
Texas
United States District Court for the Western District of Texas Austin Division
Civil Action No: 1:04CV552-SS

### March 28, 2005 - Deposition

Buckley/Stambaugh v Briel, Mark M.D., et al.
Ohio
In the Common Pleas Court of Lucas County, Ohio Civil Division
Case No: G-4801-CI-0200303847

### April 5, 2005 - Trial Testimony

Mary H. Wingard, Personal Representative of the Estate of Vernon Wingard, deceased, v John Doe
Corporation, John Doe Individual, Nutro Corporation, Jointly and Severally

53

Michigan
In the Circuit Court for the County of Saginaw
Case No: 01-40992-NP-3

### April 11, 2005 - Deposition

Valerie Stringfellow, as Personal Representative of the Estate of Alfred Stringfellow v Oakwood Hospital
and Medical Center, a Michigan Non-Profit Hospital Corporation, John C. Owens, M.D. Jointly and
Severally
Michigan
United States District Court Eastern District of Michigan Southern Division
Case No: 03-75188
### April 14, 2005 - Deposition

Donald Enrico Sordino and Billy Jay Whisnant, co-personal representatives of the Estate of Gina Marie
Sordino, Deceased v St. John Health Cornerstone Health Services, an assumed name for Medical
Resources Group, Almont Family Practice, Timothy Blanchet, D.O., Marylynn Watts, M.D., Steven
Ferrucci, M.D., St. Joseph Mercy of Macomb, an assumed name for Mercy Mt. Clemens Corporation
Michigan
In the Circuit Court for the County of Macomb
Case No: 04 1417 NH

### April 15, 2005 - Deposition

Estate of Richard Baralla, by Richard Baralla Sr., and Molly Baralla, as Personal Representatives,
Richard Baralla, Sr. ; as parent and Personal Representative; Molly Baralla, as parent and Personal
Representative v Phillip Hartman ; M. Cantin ; Dustin Dodge ; Andrew S. Braun ; Howard Kevin Jackson ;
James Billings, in his or her individual and official capacity; and the City of Pueblo, Colorado
Colorado
In the United States District Court for the District of Colorado
Civil Action No: 04-D-0127 (PAC)

### April 27, 2005 - Trial Testimony

Ppl. v Mikha
Michigan

### April 29, 2005 - Deposition

Liler Razor Griffith, Personal Representative of the Estate of Arthur L. Partee, Deceased v Jim Coburn,
Police Chief for Berrien County, Tim Sutherland, William Bradshaw, Individually and in their capacity as
Benton Township Police Officers, and Benton Township, a municipal corporation
Michigan
In The Circuit Court for the County of Berrien
Case No: 04-3256 NZ

### May 10, 2005 - Deposition

David Alan Speers, M.D., Deceased, et al., v County of Berrien
Michigan
United States District Court Western District of Michigan
File No: 4:04 CV 0032

### May 12, 2005 - Trial Testimony

Jennifer T. Browne, Administrator of the Estate of Freddie Dugger, Deceased v Firelands Community
Hospital
Ohio
In the Common Pleas Court of Erie County, Ohio

54

## May 16, 2005 - Deposition

Rhonda Davis, Individually and Rhonda Davis, as personal representative of Rayshonda Nichelle Pugh, deceased v City of Detroit, Board of Water Commissioners for the City of Detroit Fire Department, and several unidentified firefighters, hereinafter identified as John Does, in their individual and official capacities

Michigan

State of Michigan United States District Court Eastern District of Michigan Southern Division
Case No: 03-CV-75194-DT

## June 13, 2005 - Deposition

Charles W. Pickering, as Personal Representative of the Estate of Suzanne Pickering, Deceased, and Charles W. Pickering, Individually v Lakeland Regional Health System, a Michigan corporation; Robert Michael Stephen, M.D., St. Joseph Emergency Physicians, P.C., a Michigan Professional Corporation; Martha L. Gray, M.D. and Partners in Internal Medicine, PLLC, a Professional Limited Liability Company, Jointly and Severally

Michigan

State of Michigan In the Circuit Court for the County of Wayne
Case No: 03-335-426-NH

## June 14, 2005 - Deposition

Charles Dennis, as Personal Representative of the Estate of Ruth Dennis, Deceased v Specialty Select Hospital - Flint, INC., a Michigan corporation and Karrie M. Schmidt, an unlicensed student nurse, individually, Terry Scancella, R.N., individually, Jointly and Severally

Michigan

State of Michigan in the Circuit Court for the County of Genesee
Case No: 04-80243-NH

## June 16, 2005 - Deposition

Velma Rucker, Personal Representative for the Estate of Selena Logan, Deceased v Suburban Mobility Authority for Regional Transportation

Michigan

State of Michigan in the Circuit Court for the County of Wayne
Civil Action No: 03-334224-NI

## June 20, 2005 - Deposition

Richard John Ryan, Jr., and Stacy Marie Loewengruber v American Food Services, INC., d/b/a Sharky's Sports Bar, Lauren Elizabeth Torrence, and Aneta Torrence

Michigan

State of Michigan in the Circuit Court for the County of Genesee
Case No: 04-78367-NI

## July 13, 2005 - Deposition

Louise Herman-Muhammad, as Personal Representative for the Estate of Clarence R. Walker, III, deceased v White & White Pharmacy, INC., Lutheran Social Services of Michigan, Janice M. Cunningham, Devere R. Cunningham, Jr., Laura Mitchell, Angela Johnson, Kim Ditto, Vern Laninga, Roseanne Dowling, Thomas J. Cagney, Kerry S. George, Susan K. Pals, Wendy LaFray, and Barbara Klingemaier, Jointly and severally

Michigan.

State of Michigan in the Circuit Court for the County of Kalamazoo
Case No: D03-000077-NO

**July 19, 2005 - Trial Testimony**

People v McWhitley AKA Steven Mitchell
Michigan
Monroe County Circuit Court
Case No: 04-1-34030-FC
**August 9, 2005 - Trial Testimony**

People v Anthony Jerome Deleon
Michigan
Macomb County Court House
Case No: 05-2104-FY

**August 15, 2005 - Deposition**

David Lance Wasil, Personal Representative of the Estate of David Blase Wasil, Deceased v Oakwood
Hospital and Medical Center, Ashok Jain, M.D., P.C., Subhash Sabharwal, M.D. Subhash Sabharwal,
M.D., P.C., Ramaswamy Kumar, M.D., Ramaswamy Kumar, M.D., P.C., St. Clair Cardiovascular
Surgeons, P.C., Ashwin Shah, M.D., and Ashwin Sah, M.D., P.C.
Michigan
In the Circuit Court for the County of Wayne
Case No: 04-419243-NH

**August 26, 2005 - Deposition**

Thomas Nawrocki, as Personal Representative for the Estate of Ronald Nawrocki, Deceased, and Ilona
Nawrocki, an individual v City of Dearborn Heights Police Department, and Police Officer John Doe,
presently unidentified individual or individuals
Michigan
United States District Court Eastern District of Michigan Southern Division
Case No: 04-74869

**September 7, 2005 - Deposition**

David F. LaFave and Merry A. Rosenberg v Kelly Joe Delia and Jesscot Wayside, Inc., d/b/a Wayside Inn
Michigan
In the Circuit Court for the County of Oceana
Case No: 04-4314-NI

**September 15, 2005 - Trial Testimony**

Ppl. v Sutherland
Illinois

**September 15, 2005 - Deposition**

Georgia Spynadinos, Special Administrator of the Estate of Hellenia Shehan, Deceased v Town
Management, LLC
Illinois
In the Circuit Court of Cook County
No: 01 L 6255

**September 22, 2005 - Trial Testimony**

People v Wells
Michigan
Macomb County Circuit Court

**September 26, 2005 - Deposition**

Jo Ann Barron, Individually and as Special Administratrix of the Estate of Barbara Bailey, Deceased v
Jefferson Hospital Association, Inc., d/b/a Jefferson Regional Medical Center, et al
Arkansas
In the Circuit Court of Jefferson County, Fifth Division
No: CV-2002-842-5

### September 28, 2005 - Trial Testimony

Deborah A. Jardine, individually, and John B. Jardine, III, individually and as Personal Representatives of
the Estate of John B. Jardine, IV, deceased, for and on behalf of John B. Jardine, III and Deborah
Jardine, Surviving Parents of John B. Jardine, IV v City of Tempe, a public entity; et al
Arizona
In the superior Court for the state of Arizona in and for the County of Maricopa
No: CV 99-20660

### October 3, 2005 - Trial Testimony

Andrea Smith, Personal Representative of the Estate of Kelly Snider Smith, Deceased v Community
Emergency Medical Service, a Michigan corporation
Michigan
In the Circuit Court for the County of Wayne
Case No: 01-121764-NI

### October 4, 2005 - Deposition

Rebecca J. Ellis, individually and as Personal Representative of the Estate of William A. Ellis v Orlando
Regional Healthcare System, Inc., d/b/a Orlando Regional Medical Center, a/f/a Orlando Regional
Hospital
Florida
In the Circuit Court of the Ninth Judicial Circuit in and for Orange County
Case No: 03-CA-7129

### October 11, 2005 - Deposition

Gregory Meeks, individually, and on behalf of his minor child, Trey Meeks, and Tara Meeks v Crane
Carrier Company, a Delaware corporation
Oklahoma
In the District Court of Oklahoma County
Case No: CJ-2003-407

### October 11, 2005 - Trial Testimony

The People of the State of Michigan v Nicole Ann Dupure
Michigan
In Macomb County District Court

### October 12, 2005 - Trial Testimony

The People of the State of Michigan v George Clark and Kevin Harrington
Michigan
In the Third Judicial Circuit Court - Criminal Division
File No's:  02 013661
          02 013495

### November 8, 2005 - Deposition

Tom Briggs, Personal Representative for the Estate of Thomas E. Briggs, deceased v Oakland County,
Oakland County Sheriff's Department, Supervisor Devitta; SGT. Clark; Deputy Szydlowski; Deputy

57

Hubble, Deputy Rhyndress, Deputy Jones; Deputy Vasquez; Sandy Stetz, R.N.; Debbie Tipton, R.N.; and Connie Zamora, R.N; jointly and severally
Michigan
United States District Court for the Eastern District of Michigan Southern Division
Case No: 2:40CV73458

## November 9, 2005 - Trial Testimony

The Estate of Dorsey Smith, Deceased, by Margaret Smith, Successor Personal Representative v Detroit Receiving Hospital and University Health Center, a Michigan Corporation, David Hartsuch, M.D., and Steven Rossmoore, M.D., jointly and severally
Michigan
In the Circuit Court for the County of Wayne
Case No: 03-334547-NH

## December 14, 2005 - Deposition

Frank Maczala, Sr., as Personal Representative of the Estate of Frank Maczala, Jr., Deceased v Adam Felek, Margaret Schroeder, John Carlo, Inc., Verizon North Inc., and, D.L.F. Trucking, Inc., Jointly and Severally
Michigan
In the Circuit Court for the County of St. Clair
Case No: 03-2685-NI

## December 15, 2005 - Deposition

Ellen Wyrembelski, as Personal Representative of the Estate of George Wyrembelski, Deceased v Eichleay Engineering Constructors, Inc., a Foreign Corporation, John A. Papalas Company, a Michigan Corporation, and Monarch Welding and Engineering, Inc., a Michigan Corporation, Jointly and Severally
Michigan
In the Circuit Court for the County of Wayne
Case No: 04-421928-NZ

## December 20, 2005 - Deposition

Jerry D. Balzer, Personal Representative of the Estate of Michael H. Balzer, Deceased v Capital Area Transit Authority
Michigan
In the Circuit Court for the County of Ingham
File No: 04-1303-NI

# WERNER U. SPITZ, M.D.

### *Forensic Pathology and Toxicology*
### 23001 Greater Mack
### St. Clair Shores, Michigan 48080

## Phone: (586) 776-2060 □ Fax: (586) 776-8722

Diane L. Lucke, B.S.
Administrative Assistant/Office Manager

E-mail: wuspitz@aol.com

June, 2005

### FEE SCHEDULE

Review of documents and
Conference time...................$   400.00 per hr

Deposition at my office...........$ 2,500.00 flat fee †
(Depositions outside my office are
billed at court testimony rates.‡)

Affidavit........................$ 1,200.00

Written opinion .................$ 1,000.00 min

**Court Testimony**

| | |
|---|---|
| Michigan [Tri County area] | $ 3,000.00 †† |
| | $ 3,500.00 ‡ |
| Michigan | $ 5,000.00 ‡ |
| Out of State | $ 5,000.00 ‡ |

Expenses are additional to fee per day for testimony
[Air fare is billed at First Class Rate for flights over 2½ hrs]

Actual travel time is billed at the hourly rate.

A non-refundable retainer of $ 5,000.00 is due prior to being listed.  The
retainer is applicable toward work performed excluding trial and deposition
testimony.

Fees for trial and deposition testimony are payable 10 days in advance and
are not refundable if canceled less than 3 business days in advance.  Fees
are for the time indicated or any portion thereof.

†  per ½ day
†† per ½ day plus expenses
‡  per day plus expenses

dk:feeschedule 4-5000 word

 EXHIBIT E